IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY COOLEEN,<br>  PLAINTIFF | : <br> : <br> : | CIVIL ACTION <br><br> HON. SEAN MCLAUGHLIN, U.S.D.J. |
| v. | : <br> : | HON. SUSAN PARADISE BAXTER,<br>U.S.M.J. |
| JOHN LAMANNA, et al.,<br>  Defendants | : <br> : <br> : | NO. 04-63 ERIE |

## NOTICE OF IMPENDING CHANGE OF ADDRESS

NOW COMES, Plaintiff, pro-se, to advise this Honorable Court and all Counsel of record of Plaintiff's impending change of address and in support thereof alleges ;

1. Plaintiff is currently in the custody of the Federal Bureau of Prisons and housed in the Buffalo Halfway House at 115-117 Glenwood Ave , Buffalo , New York, 14209.

2. Plaintiff has a confirmed date of release onto Home Confinement as of July 11, 2005 and will remain up until his sentence is completed August 19, 2005. Plaintiff will continue to reside at <u>8777 Chautauqua Road, Fredonia, New York, 14063</u> after his sentence is completed.

3. Plaintiff, pro-se, intends to continue his thorough prosecution of the above-captioned Civil Action and eagerly awaits this Honorable Court's decision in regards to the pending Motions before it in relation to Summary Judgement Motion by the Defendants as well as the Plaintiff's Motion in Opposition.

Pursuant to Title 28 USC § 1746, under penalty of perjury, I Timothy Cooleen declare that the foregoing is true, correct, and not intended to mislead.

Dated: 6-28-05

***<u>AFTER JULY 11, 2005</u>

*Timothy Cooleen* (signature)
Timothy Cooleen
8777 Chautauqua Road
Fredonia, New York 14063

CERTIFICATE OF SERVICE
------

I, Timothy Cooleen, pro-se Plaintiff certify that on the undersigned date, a true, correct and complete copy of the Notice of Impending Change of Address for Plaintiff was served by United States First Class Mail upon the following:

        Mary Beth Buchanan   USA
        Paul D. Kovac        AUSA
        Western District of Pennsylvania
        700 Grant Street , Suite 400
        Pittsburgh, PA. 15219

Dated: 6-28-05

        _____
        Timothy Coooleen

CERTIFICATE OF SERVICE

I, Timothy Cooleen, pro-se Plaintiff certify that on the undersigned date, a true, correct and complete copy of the Notice of Impending Change of Address for Plaintiff was served by United States First Class Mail upon the following:

>Mary Beth Buchanan USA
>Paul D. Kovac      AUSA
>Western District of Pennsylvania
>700 Grant Street , Suite 400
>Pittsburgh, PA. 15219

Dated: 6-28-05

Timothy Cooleen

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY COOLEEN,<br>       PLAINTIFF | : | CIVIL ACTION |
| | : | |
| v. | : | HON. SEAN MCLAUGHLIN, U.S.D.J.<br>HON. SUSAN PARADISE BAXTER, |
| | : | U.S.M.J. |
| JOHN LAMANNA, et al., | : | |
|        Defendants | : | NO. 04-63 ERIE |
| | : | |

### NOTICE OF IMPENDING CHANGE OF ADDRESS

   NOW COMES, Plaintiff, pro-se, to advise this Honorable Court and all Counsel of record of Plaintiff's impending change of address and in support thereof alleges ;

   1. Plaintiff is currently in the custody of the Federal Bureau of Prisons and housed in the Buffalo Halfway House at 115-117 Glenwood Ave , Buffalo , New York, 14209.

   2. Plaintiff has a confirmed date of release onto Home Confinement as of July 11,2005 and will remain up until his sentence is completed August 19, 2005. Plaintiff will continue to reside at 8777 Chautauqua Road, Fredonia, New York, 14063 after his sentence is completed.

   3. Plaintiff, pro-se, intends to continue his thorough prosecution of the above-captioned Civil Action and eagerly awaits this Honorable Court's decision in regards to the pending Motions before it in relation to Summary Judgement Motion by the Defendants as well as the Plaintiff's Motion in Opposition.

   Pursuant to Title 28 USC § 1746, under penalty of perjury, I Timothy Cooleen declare that the foregoing is true, correct, and not intended to mislead.

Dated: 6-28-05

                                        _____
                                        Timothy Cooleen
          ***AFTER JULY 11,2005         8777 Chautauqua Road
                                        Fredonia, New York 14063