```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
        ERIE Division

    # 06000041 - DM  dm
     October 25, 2005


   Code   Case #   Qty    Amount

   APPEAL D 04-63    1 @  255.00
                          255.00 CH


   TOTAL→           255.00



   FROM: TIMOTHY M. COOLEEN
         8777 CHAUTAUQUA ROAD
         FREDONIA NY 14063
```

*CA 04-63 E*
*appeal filing fee*

*06-41*