# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Timothy Cooleen )
_____ )
_____ )
Plaintiff )
vs. ) No.   CA 04-63 Erie
Warden John Lamanna, et al )
_____ )
_____ )
Defendants )

HEARING ON  November 29, 2007   Status Conference

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Timothy Cooleen, pro se                    Paul D. Kovac, Esq., AUSA
                                           Bobbie Truman, Esq. - BOP

Appear for Plaintiff                       Appear for Defendant

Hearing Begun  10:07                       Hearing Adjourned to  10:17

Hearing concluded C.A.V.                   Stenographer  Ron Bench
                                           CD:        Index:

**WITNESSES**

For Plaintiff                              For Defendant

Case management deadlines set:
discovery to close  February 29, 2008
motions for summary judgment due March 14, 2008
opposition due  April 11, 2008

_[signature]_
Staff Attorney