OFFICE OF THE CLERK

| MARCIA M. WALDRON | **UNITED STATES COURT OF APPEALS** | TELEPHONE |
|---|---|---|
| CLERK | FOR THE THIRD CIRCUIT | 215-597-2995 |

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

<u>Western</u>   Clerk of District Court    Date  <u>11/29/07</u>
(District)

<u>In Re: Cooleen v. Lamanna</u>          C.A. Nos. <u>05-4751</u>
(Caption)

<u>Timothy Cooleen</u>
(Appellant)

<u>Civil No. 04-cv-00063</u>
(D.C. No.)

Enclosures:

\_\_\_\_<u>11/6/07</u>\_\_\_\_ Certified copy of Mandate by the Clerk
       (Date)

**RECEIVED**

**DEC 1 1 2007**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

*\_\_<u>X</u>\_\_ Record (**Rec'd**)

*_____ Supplemental Record (**First**)

*_____ Exhibits

*_____ State Court Record

\_\_<u>X</u>\_\_ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

<u>  Chanel R. Graham  </u>   (267)-299-<u>4955</u>
     Case Manager             Telephone Number

*<u> Roberto Mattos </u>    (267)-299-<u>4916</u>
     Record Processor          Telephone Number

<u>Receipt Acknowledged</u>
     (Name)

_____
(Date)

Rev. 4/3/03
Appeals (Record)