```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TIMOTHY COOLEEN, | ) | |
| | ) | Civil Action No. 04-63E |
| Plaintiff, | ) | |
| | ) | Hon. Sean McLaughlin |
| v. | ) | U.S. District Judge |
| | ) | |
| JOHN LAMANNA, et al. | ) | Hon. Susan Paradise Baxter |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |
| | ) | ELECTRONICALLY FILED |

O R D E R

AND NOW, to wit, this ____ day of _____, 2008, upon consideration of the Consent Motion for Extension of Discovery, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the following deadlines are now established: (1) discovery to end on April 18, 2008; (2) summary judgment motion(s), if necessary, to be filed no later than May 16, 2008; and (3) any opposition to summary judgment to be filed no later than June 16, 2008.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
```

cc: All parties