IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY COOLEEN, | ) | |
| | ) | Civil Action No. 04-63E |
| Plaintiff, | ) | |
| | ) | Hon. Sean McLaughlin |
| v. | ) | U.S. District Judge |
| | ) | |
| JOHN LAMANNA, et al., | ) | Hon. Susan Paradise Baxter |
| | ) | U.S. Magistrate Judge |
| Defendants. | ) | |
| | ) | ELECTRONICALLY FILED |

## **O R D E R**

AND NOW, this _____ day of _____, 2008, it is hereby

**ORDERED** that "Defendants' Uncontested Request for Seven-Day Extension to File Responsive Pleading" is hereby **GRANTED**, and it is further

**ORDERED** that Defendants shall have until May 23, 2008, to file their motion to dismiss and/or summary judgment motion, and Plaintiff will have until June 23, 2008, to file a response.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

cc:  All Parties