IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA


TIMOTHY COOLEEN,
    Plaintiff      Civil action No. 04-0063 ERIE

vs.
             HON. Sean McLaughlin, USDJ
             HON Susan Paradise Baxter , USMJ


JOHN LAMANNA , et al.,
    Defendant


PLAINTIFFS MOTION FOR SUMMARY JUDGMENT PURSUANT TO
RULE 56 (a) FRCP

  AND NOW COMES Plaintiff, pro-se , Timothy Cooleen and pursuant to Rule 56(a)

FRCP respectfully moves this Honorable Court for an Order of Summary Judgment in

favor of the Plaintiff.

  A Memorandum of Law in support of this motion and supporting affidavit are being

Filed simultaneously herewith and the contents therein , along with previously filed

"Cooleen's Declaration", are incorporated by reference.

  WHEREFORE,  Plaintiff respectfully requests that this Honorable Court enter an

Order Granting Summary Judgment in favor of the Plaintiff and granting any such other

And further relief as this Court deems just and proper.

Dated : 5-13-08

         Respectfully submitted ,

**FILED**

MAY 16 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANI*

             Timothy Cooleen, pro-se
             8777 Chautauqua Road
             Fredonia , New York
                14063

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY COOLEEN,
        Plaintiff                    Civil action No. 04-0063 ERIE

vs.

                                      HON. Sean McLaughlin, USDJ
                                      HON Susan Paradise Baxter , USMJ

JOHN LAMANNA , et al.,
        Defendant

### ORDER

AND NOW, to wit, this _____ day of_____ 2008,

Upon consideration of Plaintiff's Motion for Summary Judgment heretofore filed

By Plaintiff,

        IT IS HEREBY ODERED that said Motion is **GRANTED.**

        IT IS FURTHER ODERED, that

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY COOLEEN,
        Plaintiff

vs.

Civil action No. 04-0063 ERIE

HON. Sean McLaughlin, USDJ
HON Susan Paradise Baxter, USMJ

JOHN LAMANNA, et al.,
        Defendants

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

State of New York   )
County of Chautauqua   )
                          SS:

        COMES NOW, Timothy Cooleen, hereinafter " Plaintiff" in the above captioned matter and makes the following statements of fact:

1. I am the pro-se Plaintiff in the above entitled matter and make this affidavit in support of my motion to grant Summary Judgment in favor of Plaintiff according to Rule 56(a) of the Fed. R. Civ. P.

2. Plaintiff sets forth all statements within the body of the Memorandum of Law are incorporated as if quoted herein and are certified as true, correct and in support of Plaintiff's belief that he is entitled to a grant of Summary Judgment as a matter of Law.

Pursuant to Title 28 USC sec. 1746, I Timothy Cooleen, under penalty of perjury, declare That the foregoing is true, correct and not intended to mislead.

Dated: 5-13-08

Timothy Cooleen, pro-se

Clerk of the Court  
United States District Court  
WDPA Erie  
PO Box 1820  
Erie PA 16507

Timothy Cooleen  
8777 Chautauqua Road  
Fredonia, New York  
14063

May 13th 2008        Re: **Cooleen vs. LaManna Civil Action No. 04-0063 ERIE**

Dear Clerk,

Please find enclosed one (1) signed original and two (2) copies of **Plaintiff's Motion for Summary Judgment Pursuant to rule 56(a) FRCP** as well as the attached accompanying **Order, Affidavit, Memorandum of Law** and Certificate of Service for the above referenced Case.

If you need anything else, please do not hesitate to ask.

Sincerely,

Timothy Cooleen, pro-se

RECEIVED

MAY 16 2008

CLERK U.S. DISTRICT COURT  
WEST. DIST. OF PENNSYLVANIA