IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY COOLEEN, ) | |
| ) | Civil Action No. 04-63E |
| Plaintiff, ) | |
| ) | Hon. Sean McLaughlin |
| v. ) | U.S. District Judge |
| ) | |
| JOHN LAMANNA, et al., ) | Hon. Susan Paradise Baxter |
| ) | U.S. Magistrate Judge |
| Defendants. ) | |
| ) | ELECTRONICALLY FILED |

## **ORDER**

AND NOW, to wit, this _____ day of _____, 2008, upon consideration of the Motion to Dismiss the Second Amended Complaint or, in the Alternative, for Summary Judgment, heretofore filed by Defendants,

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that all the remaining claims in the Second Amended Complaint are dismissed with prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

cc: All parties