# Attachment B

0001

BP-S354.060  **INTAKE SCREENI** (MEDICAL)  CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| F CI mc icgan. | 4/16/01 | 1445 |

| Inmate's Name | Register Number |
|---|---|
| Coolean Timothy | 10272-055 |

## M E D I C A L    C L E A R A N C E

1. BP-149(60) reviewed? ☐ yes; ☒ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers:  OK for Continued Transport? ☐ yes; ☐ no (Explain)

**SENSITIVE**
**Limited Official Use**

5. Disabilities? ☐ yes  ☒ no  (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
|  | 4/16/01 | 1445 |

| Medical Staff Title |
|---|
| MLP |

Record Copy – Inmate Central File; copy – file
(This form may be replicated via WP)

Replaces BP    of APRIL 1990
and BP-S354    1994

0002

## MEDICAL HEALTH HISTORY FORM

1. Are you currently taking any medication?
   If so, what? _Was Ziac 5mg - Being Changed HBP_          (yes) no

2. Are you allergic to or have you had a reaction
   to any medication or drug? If so, what?
   _SULFA Drug Reaction_          (yes) no

3. Have you been under the care of a physician during
   the past two years? If so, why? _Yes HBP_          (yes) no

4. Have you been hospitalized in the past two years?
   If so, why? _Yes - Disc Surgery March 99_          (yes) no

5. Do you have or have you ever had a heart murmur
   or been treated for a heart condition?          yes (no)

6. Do your ankles ever swell during the day?          yes (no)

7. Have you ever been treated for a tumor or growth?          yes (no)

8. Have you ever had abnormal bleeding?          yes (no)

9. Have you ever had serious difficulty with any
   dental treatment? _hot/cold sensitive after Baelian filling_          (yes) no

10. Have you ever had clicking, popping, or pain
    in your jaw joint?          yes (no)

Circle any of the following that you have had:

Congenital heart defects
Heart attack or heart problems          Heart murmur
Stroke          Angina
Rheumatic Fever          High Blood pressure
Asthma          Heart pacemaker
Anemia (blood problems)          Epilepsy or seizures
Thyroid problems          Diabetes
Chronic bronchitis          AIDS or HIV infection
Venereal disease (syphilis, gonorrhea)          Emphysema
Arthritis          Tuberculosis (TB)
Artificial heart valve          Psychiatric treatment
Hepatitis          Artificial joint

SENSITIVE
Limited Official Use

Do you currently use tobacco (cigarettes, chewing tobacco,
snuff)?          yes (no)

Do you have any disease, condition, or problem not listed?
WOMEN ONLY: Are you pregnant? _Chicken Pox 10th Grade_

Name: _Timothy A. Carlsen_          Reg No. _10272055_

Institution: _McKean FCI_



U.S. Department of Justice
Federal Bureau Of Prisons

**MEDICAL HISTORY REPORT**

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY
AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| 1. LAST NAME  FIRST NAME – MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| COOLEEN  TIMOTHY  MICHAEL | 10272-055 |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake Screen | 4/16/01 | F.C.I. MCKEAN |

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint arises)*

H/o HTN,

H/o Lumbar Disc Disease

**SENSITIVE**
**Limited Official Use**

**7. HAVE YOU EVER** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| X | | Coughed up blood |
| | X | Bled excessively after injury or tooth extraction |
| | X | Attempted suicide |
| | X | Been a sleepwalker |

**8. DO YOU** *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | X | Wear glasses or contact lenses |
| X | | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

**9. HAVE YOU EVER HAD OR HAVE YOU NOW** *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | | Scarlet fever | X | | | Adverse reaction to serum drug or medicine  SULFA DRUG | | X | | Epilepsy or fits |
| | X | | Rheumatic fever | | | | | | X | | Car, train, sea or air sickness |
| | X | | Swollen or painful joints | X | | | Broken bones | | X | | Frequent trouble sleeping |
| | X | | Frequent or severe headache | | X | | Tumor, growth, cyst, cancer | | X | | Depression or excessive worry |
| | X | | Dizziness or fainting spells | | X | | Rupture/hernia | | X | | Loss of memory or amnesia |
| | X | | Eye trouble | | X | | Piles or rectal disease | | X | | Nervous trouble of any sort |
| | X | | Ear, nose, or throat trouble | | X | | Frequent or painful urination | | X | | Periods of unconsciousness |
| | X | | Hearing loss | | X | | Bed wetting since age 12 | | X | | Have you ever had homosexual contact? |
| | X | | Chronic or frequent colds | | X | | Kidney stone or blood in urine | | | | |
| | X | | Severe tooth or gum trouble | | X | | Sugar or albumin in urine | | X | | Been exposed to AIDS |
| | X | | Sinusitis | | X | | VD– Syphilis, gonorrhea, etc. | | X | | Alcohol Use (Excessive) |
| | X | | Hay Fever | | X | | Recent gain or loss of weight | | X | | Drug Use/Addiction |
| | X | | Head injury | X | | | Arthritis, Rheumatism, or Bursitis | | | | Marijuana |
| | X | | Skin disease | | | | Bone, joint or other deformity | | | | Cocaine |
| | | | Thyroid trouble | | | | Lameness | | X | | Heroin |
| | | | Tuberculosis | | | | Loss of finger or toe | | | | L.S.D. |
| | | | Asthma | | | | Painful or "Trick" shoulder or elbow | | | | Amphetamines |
| | | | Shortness of breath | | | | Recurrent back pain | | | | Others: (Specify) |
| | | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | |
| | | | Chronic cough | | | | Foot trouble | | | | Alcohol or drug |
| | | | Palpitation or pounding heart | | | | Neuritis | | | | Withdrawal Problems |
| | | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| | | | High or low blood pressure | | | | | | | | |
| | | | Cramps in your legs | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | |
| | | | Frequent indigestion | | | | | | | | Been treated for a female disorder |
| | | | Stomach, liver, or intestinal trouble | | | | | | | | Had a change in menstrual pattern |
| | | | Gall bladder trouble or gallstones | | | | | | | | ARE YOU PREGNANT |
| | | | Jaundice or hepatitis | | | | | | | | SUSPECT YOU ARE PREGNANT |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| | ☐ Right handed  ☐ Left handed |

 

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | X | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | X | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | X | B. Inability to perform certain motions. | | X | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | X | C. Inability to assume certain positions. | | | |
| | X | D. Other medical reasons *(If yes, give reasons.)* | | X | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| | X | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details.)* | | | |
| | X | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | X | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.)* |
| X | | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* | | X | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* |
| X | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | | | |

EXPLANATION: (#13–22 ABOVE)

Disc Surgery - L5S1    Intradural Disc    Dr. Hamill
Outpatient Surgery    Buffalo General Ho
                                              MARCH 1999
Chicken Pox - ↑ 197D                          Buffalo NY.

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE

SIGNATURE

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V. _____

OTHER _____ Self + Surrender

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? _____ No

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES _____ NO ___X___

WHAT ARRANGEMENTS HAVE BEEN MADE? ____None____

DUTY STATUS: TEMPORARY WORK ___✓___ RESTRICTED _____

GENERAL POPULATION ___✓___ YES _____ NO _____

TYPE AND EXTENT OF LIMITATION _____None_____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

H/o HTN.
H/o Lumbar Disc Disease.

SENSITIVE
Limited Official Use

**0005**

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 4/18/01 |
|---|---|---|

1. LAST NAME-FIRST NAME-MIDDLE NAME — Conklin, Timothy    2. IDENTIFICATION NUMBER    3. GRADE AND COMPONENT OR POSITION

4. HOME ADDRESS — 8277 Chautauqua Rd. P.O., Fredonia NY 14063

EMERGENCY CONTACT — Patricia Coolean, 109 Pine St, Rockville Centre, NY 11570

6. DATE OF BIRTH 6-20-62    AGE 38    SEX: [ ] FEMALE [✓] MALE

10. PLACE OF BIRTH — Nassau County

RACE: [X] WHITE [ ] BLACK [ ] AMERICAN INDIAN/ALASKA NATIVE

ORGANIZATION UNIT — FCI McKean

FCI McKean, P.O. Box 5000, Bradford PA 16701

**SENSITIVE**
**Limited Official Use**

## 17. CLINICAL EVALUATION

(checkmarks throughout - illegible detail)

18. DENTAL / 19. TEST RESULTS (illegible)

A. URINALYSIS

| 26. HE | | | | | □ SLENDER | ☑ MEDIUM | □ HEAVY | □ OBESE | 26. TEMPERATURE 98. |
|---|---|---|---|---|---|---|---|---|---|

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | | 27. PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 132 DIAS. | B. RECLINING SYS. PENT. DIAS. | C. STANDING SYS. (5 mins.) DIAS. | | A. SITTING 70 | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER | |

| 28. DISTANT VISION | | | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | | CORR. TO | BY | |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | | CORR. TO | BY | |

| 31. HETEROPHORIA (Specify distance) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT. | PC | PD | |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | Swelling test | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION |
|---|---|---|---|---|
| RIGHT | LEFT | | | RIGHT | LEFT |

| 39. HEARING | | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6344 | 8000 8192 |
| RIGHT WV | /15 SV | /15 | RIGHT | | | | | | | | | |
| LEFT WV | /15 SV | /15 | LEFT | | | | | | | | | |

42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

SENSITIVE
Limited Official Use

(Use additional sheets if necessary)

43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

38 g/d
nonsmoker

by G. HTN

Place on the following
Lopressor 5 mg/day
HCTZ 25 g/day                    see other side

44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

Place on compliance due to self HTN for ED

| 45A. PHYSICAL PROFILE | | | | | | |
|---|---|---|---|---|---|---|
| P | U | L | H | E | S | |

| 46. EXAMINEE (Check) | | 45B. PHYSICAL CATEGORY |
|---|---|---|
| A. ☑ IS QUALIFIED FOR: Reg Duty | | |
| B. □ IS NOT QUALIFIED FOR | | |

| 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER | | A | B | C | E |
|---|---|---|---|---|---|
| | | | | | |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| Jose L. Gomez Leon | |

| 49. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| D. Olson, MD Clinical Director | |

| 50. TYPED OR PRINTED NAME OF DENTIST (Indicate which) | SIGNATURE |
|---|---|
| | |

| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |
|---|---|
| | |



AUTHORIZED FOR LOCAL REPRODUCTION

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/16/01 1145 | Intake Screen. H/o HTN, Assign to Clinic. PPD 6mm. Med. Bisopro/HcTZ. 5/6.25 No immediate Med Need. Denies Suicidal Ideation. No evidence of Use. *W. Flatt, MLP* |
| 4/17/01 0900 | Admit H/A ⊕ HTN - put on Camp clinic *D. Olson, MD Clinical Director* |
| 4/18/01 0945 | Admin note: After speaking w/ CD the following meds. will be Rx filled next clinic. (1.) Lopressor 50mg 1/2 tablet/day #5 Rx2 (2.) HCTZ 50mg 1/2 tablet/day #5 Rx2 follow up in clinic. or sip if needed. ⊕ pt. continuing OK *J. Gomez, MLP* |

Patient Education
☐ Diet
☐ Special Instruction
☐ Other _____ WHO

4/18/01
*D. Olson, MD Clinical Director*

SENSITIVE
Limited Official Use

| HOSPITAL OR MEDICAL FACILITY | STATUS | | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | | |
| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | | WARD NO. |

0008

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICARE |
|---|---|---|
| DATE | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

3 | 15 | 02

HYPERTENSION CLINIC

Subjective Findings: 39 yrs

0940    a.  Medical complaints or concerns of patient: no complaints · wNH

no shortBreath no chestpain

b.  Health Promotion/Disease Prevention Assessment:

1.  Cessation of smoking: no

2.  Diet: Watchersalt

3.  Activity: exercise

4.  Medications:

(1)  Drug side effects: medi no SE's

(2)  Drug interactions:

5.  Patient Compliance with Therapeutic Regimen: good

c.  Impact of Condition on Activities of Daily Living: no

d.  Need for special accommodations: no

Objective Findings:

a.  Temp:    Pulse: 60    Resp:    BP: 120/60  Weight: 185 lb

b.  Fundoscopic Examination:

| Thick, Dull Vessels | | Localized or Generalized | |
|---|---|---|---|
| (Copper Wire) | | Narrowing of Arterioles | |
| Present | Absent | Present | Absent |

| A-V Nicking | | Flame Shaped Hemorrhages | |
|---|---|---|---|
| Present | Absent | Present | Absent |
| Cotton-wool patches | | Optic Disk Swelling | |
| Present | Absent | Present | Absent |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

Reviewed D. Olson MD
Date 3/15/02

RECORDS MAINTAINED AT: FCI MCKEAN HEALTH SERVICES

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART., SERVICE | SSN/IDENTIFICATION NO. 10 2 2 2 - 055 | DATE OF BIRTH |

SENSITIVE
Limited Official Use

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 101-45.505

0009

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

INMATE INJURY ASSESSMENT AND FOLLOWUP
(Medical)

| 1. Institution | 2. Name of Injured | 3. Register Number |
|---|---|---|
| FCI McKean | Coolew Timothy | 10272-055 |
| 4. Injured's Duty Assignment | 5. Housing Assignment | 6. Date and Time of Injury |
| CM3 | F | 3/21/02 - 1330 |
| 7. Where Did Injury Happen (Be specific as to location) | Work Related? ☑ Yes ☐ No | 8. Date and Time Reported for Treatment |
| Human Res. office | | 3/26/00  0750 |

9. Subjective (Injured's Statement as to How Injury Occurred)(Symptoms as Reported by Patient)

"I was moving some Furniture in Human Resources + pulled my back"

X Timothy M Cooler
Signature of Patient

10. Objective (Observations or Findings from Examination)     X-Rays Taken ___   Not Indicated X
     X-Ray Results

Hx surgery Lower back
Mild discomfort c̄ flexion at waist     Pain scale 5m/10
straight leg raise to 45° s̄ pain

11. Assessment (Analysis of Facts Based on Subjective and Objective Data)

LBP / strain

SENSITIVE
Limited Official Use

12. Plan (Diagnostic Procedures with Results, Treatment and Recommended Follow-up)

1) Motrin 800 mg + po ī 10 x 5 days
2) Ice / Heat rotation to area
3) Idl/ex 2 days  4) F/u  4/1/02 Appt. given

13. This Injury Required:
☐ a. No Medical Attention
☑ b. Minor First Aid
☐ c. Hospitalization
☐ d. Other (explain)
_____
☐ e. Medically Unassigned
☐ f. Civilian First Aid Only
☐ g. Civilian Referred to Community Physician

Signature of Physician or Physician Assistant

Self Carboned Form - If ballpoint pen is used, PRESS HARD

Original - Medical File
Canary - Safety
Pink - Work Supervisor (Work related only)
Goldenrod - Correctional Supervisor

BP-362(60)

0010

NSN 7840-00-634-4178                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

3/25/02 0715 — Admin Note — Idle x 1 day — wish call appt. LBP 3/26/02

J. Glenn FNP-C

3/26/02 0110 — _See injury rpt this date_ LBP — Rx Motrin 800 mg + po I 1 Q x 5 days — NK _SE_ appt given

J. GLENN, FNP
FCI McKEAN

J. Glenn CFNP

3/28/02 0655 — Chronic Care — Out to do LBP — Idle extended through 3/29/02 — F/U appt 4/1/02 Pt understood

Gracia Fairbanks PA

GRACIA FAIRBANKS
Physician Assistant

SENSITIVE
Limited Official Use

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10272-051    WARD NO.

Cooleen, Timothy

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 5-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

**0011**

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

| | | |
|---|---|---|
| TO: ALL CONCERNED | UNIT: F | DATE: 3/25/02 |
| | DETAIL: 6M3 | REG. NO. 10272-05 |

INMATE'S NAME: _Cooleen ?_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _____ THRU 12 MIDNIGHT 3/25 19 0?

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19__

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19__

(✓) TOTALLY DISABLED:
( ) FULL DUTY:

_J Glenn LNP-c_
Physician or Physician Assistant

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

SENSITIVE
Limited Official Use

0012

FEDER         CORRECTIONAL INSTITUTI     HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>                    UNIT: _F_                    DATE: _3/26/02_

INMATE'S NAME: _Cooper, Timothy_          DETAIL: _____          REG. NO: _10 272-01_

For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS (Check one and answer questions)

(✓) IDLE: Reason _Medical_                                        THRU 12 MIDNIGHT _3/27_ 19_0_

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19___

(½) TOTALLY DISABLED:

( ) FULL DUTY:                    J. GLENN, FNP         _J. Glenn FNP_
                                  FCI McKEAN        Physician or Physician Assistant

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

SENSITIVE
Limited Official Use

**0013**

 

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED _Coleen, Timothy_    UNIT: _F-Unit_    DATE: _3/20/02_
INMATE'S NAME: _Coleen, Timothy_    DETAIL: _GM-III_    REG. NO. _10272-_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason _Medical_                THRU 12 MIDNIGHT _3/29/02_
( ) CONVALESCENCE: List any restricted activity for medical reasons._____
_____ THRU 12 MIDNIGHT _____ 19__
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19__
(✓) TOTALLY DISABLED:
( ) FULL DUTY:

_____
**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

SENSITIVE
Limited Official Use

**0014**

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

| | | |
|---|---|---|
| TO: ALL CONCERNED | UNIT: F-unit | DATE: 4/1/02 |
| INMATE'S NAME: Collen, Tim | DETAIL: GM III | REG. NO. 10272-068 |

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

(✓) IDLE: Reason Medical _____ THRU 12 MIDNIGHT 4/3/02

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED:

( ) FULL DUTY:

_Gracia Fairbanks PA_
**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

**RESTRICTED DUTY** - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

SENSITIVE
Limited Official Use

Page: 1

U. S. ~ICAL CENTER FOR FEDERAL PR~NERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

=================== F I N A L   R E P O R T ===================

| | | | | |
|---|---|---|---|---|
| Register Number: 10272-055 | | | Age : 39 | |
| Name : COOLEEN, TIMOTHY | | | Sex : M | |
| Location : FCI MCKEAN | | | Accession Number: 9338 | |
| Physician : DR. OLSON | | | "X" if Complete : [X] | |
| Collection Date: 04/02/2002 | | | | |
| Collection Time: 08:15 | | | | |

Tests | LIPID TESTING, Urea Nitrogen, Creatinine, Sodium, Potassium
Ordered Chloride|

============================================================

| Test Name | Result | Flag | Reference Range | | Tech. |
|---|---|---|---|---|---|
| Collection Cmt. | Fasting | | | | |
| LIPID TESTING | | | | | |
| Glucose | 90 | | mg/dL | 70 - 110 | SY CK |
| Urea Nitrogen | 22 | | mg/dL | 7 - 22 | SY CK |
| Creatinine | 1.1 | | mg/dL | 0.6 - 1.6 | SY CK |
| Sodium | 147 | | mmol/L | 137 - 145 | SY CK |
| Potassium | 3.8 | | mmol/L | 3.5 - 5.0 | SY CK |
| Chloride| | 103 | | mmol/L | 98 - 110 | SY CK |
| Cholesterol | 176 | | mg/dL | 100 - 200 | SY CK |
| Triglycerides | 94 | | mg/dL | 30 - 200 | SY CK |
| HDL-Cholesterol| | 41 | | mg/dL | 29 - 67 | SY CK |

Other Factors critical to assessment of
CHD risk - Overweight, Blood Pressure,
Smoking and Familial History.

| | | | | | |
|---|---|---|---|---|---|
| VLDL | 19 | | mg/dL | - | TX CK |
| LDL Cholesterol | 116 | | mg/dL | 62 - 130 | TX CK |
| Chol/HDL Ratio | 4.3 | | | 3.4 - 5.0 | TX CK |

-- End of Laboratory Report --

SENSITIVE
Limited Official Use

FCI MCKEAN HEALTH SVC.
02 APR -4 AM 6:57

9|3|02

*S. Czekai mT*
S. Czekai, Med Tech.

Name : COOLEEN, TIMOTHY
Register#: 10272-055
Printed : 04/03/2002 @ 15:39

Doctor : DR. OLSON
Location: FCI MCKEAN
.........
Sensitive L.O.U.

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|
| 4/1/02 0810 | S: Cont to c/o LBP ꝑ injuring it while moving furniture in Human Resources office on 3/21/02 |
| | O: (L) iliac crest ↑ than (R). Walking slowly. (+) pain (L) lumbosacral area on palp. States pain goes ↓ lateral aspect (L) leg. ROM - ↓ flexion + extension. Gradual erythema or ecchymosis noted |
| | A. Lumbosacral strain ± HTO HNP LS spine |
| | P. Naprosyn 550 mg #20 bid c food x OR Product. Take meds as directed. Warm compresses to back. Idle through 4/3/02. RTC prn. Pt understands |
| | *Gracia Fairbanks PA* |
| | **GRACIA FAIRBANKS** Physician Assistant |
| 4/2/02 D/C 1210 | |
| Ibuprofen 800mg 1 potid #15 *H Beam MD* H. BEAM, MD FCI McKEAN | 4/3/02 Correction naproxin 500 B/d #20 1 scomect *H Beam* **H. BEAM, MD FCI McKEAN** | REVIEWED *H Beam* 4/2/02 **H. BEAM, MD FCI McKEAN** |

0017

NSN 7840-00-634-4176



AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

Sick call

4/19/02
0740

S) 39 y o ♂ ① woke Wednesday with (L) neck & ear pain also ② mid dis/sections low central back pain since 3/22 - had a couple of begins also has (L) low back & leg pain - was moving furniture at Ctr offices. ③ he's worried that pill he taking may have lodged in throat

NKDA

O)  looks ok   BP 114/74  P 70
HEENT: Th'S o/c  Throat-inved
Clr to ausc
Feder mid back
S/L  CG  ⊝(P)  EHL 5/5
Declines NSAIDS

A)  Pharyngitis
(L) lumbar radiculopathy

P)  Penicillin VK 250 mg → PO QiD #40
Patient goi: walk  4m 4P,  Return
CBPRN

iM Beam

SENSITIVE
Limited Official Use

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | H. BEAM, MD  FCI McKEAN |

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO. |
|---|---|---|

Timothy Coolzen
10272 055

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* | |




5/3/02
0845.

S) 39 yo ♂ with pain in back & down ℓ leg for 6 wks — walks dec. pain in lateral ℓ ankle — comes & goes Initially used NSAIDS — but not now. Prior surgery '99 for herniated disc c̄ intradural herniation,

wgt 184#
Bp 116/62

O) Tender ℓ low back
SLR ℓ L @ 20° ⊖ R

A) Probable mild disc ® side low back pain

P) Patient Ed — walks —
motrin 800 mg i po tid — # 30 R 2
Recheck 6 wks

H. BEAM, MD
FCI MCKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | SENSITIVE |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | Limited Official Use |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 10272-053 | WARD NO. |
|---|---|---|

Tim Cooleen

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5 97)
Prescribed by GSA/ICMR

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 5/30/02 0815 | S: In reg to see Ortho specialist |

S: In reg to see Ortho specialist
0: see prev exam by med office was
unable moving well up & down out of
chair twisting, NL gait
A: CBP Hx back surgery H&P
P: Sped to medical office to see if ortho
consult is needed Pt ed as to plan
Understand RTC prn

C. Todd Montgomery
AHSA/SMLP

NSN 7640-00-634-4176                                                           AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

CAMP CLINIC — Low Back Pain. HTN

6/12/02  S) 39 y.o ♂ → now (L) buttock. Thigh pain since 3/21/02
0955  moving feet at work good days &
bad day. Shin hurts comes & goes
even during a day is true. Supine 199
Taking Ibuprofen & it doesn't help much
Sleeps c pillow between knees

O) BP 130/80  P 70                           Walberg fin AP
Chat-Denny recent O₂s                        Kinworthy
Tedn c low back                              no med SE's
SLR c Bilat   Ext 515
old finding can't rise onto (R) toe —
previous disc
Can rise onto (L) toe

A)  HTN – controlled                         Refills
(L) leg radiculopathy              - Hydrochlorthiazide 25 mg PO
P)  PT Ed: natural Hx of           PF
Disc DZ                            - Atenolol 50 mg ½ po PO
Consider O2 mo reset              PF
Check back 3 mo

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT
SENSITIVE                                                 H. BEARD
SPONSOR'S NAME | SSN/ID.NO. | RELATIONSHIP TO SPONSOR | FCI MCKEAN
Limited Official Use

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 102 72-055 | WARD NO.

Timothy Coleen

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-97)
Prescribed by GSA/ICMR

**0021**

513–110

NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

| REQUEST | | |
|---|---|---|
| TO: | FROM: (Requesting physician or activity) | DATE OF REQUEST |

REASON FOR REQUEST (Complaints and findings)

Subjective   HTN – controlled with medication

age 39

**SENSITIVE**
~~Limited Official Use~~

PROVISIONAL DIAGNOSIS

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | ☐ ROUTINE  ☐ TODAY |
|---|---|---|---|---|
| | | ☐ BEDSIDE  ☐ ON CALL | | ☐ 72 HOURS  ☐ EMERGENCY |

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☑ YES ☐ NO

Objective   V A   OD 20/20   OS 20/20  > uncorrected
                      OD .37m   OS .37m

external normal

internal media clear, fundus normal   CD = .1/

refraction

Dx  hypertension w/o retinopathy

Treatment   No change in treatment process (none

(Continue on reverse side)

| SIGNATURE AND TITLE   Christian J Howard | DATE 6/12/02 |
|---|---|
| IDENTIFICATION NO.   ORGANIZATION  FPC McKean   REGISTER NO.  10272-055 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Coolean          6/12/02          MEANY, MD   McKEAN

0022

513-110 NSN 7540-00-634-4127

# MEDICAL RECORD — CONSULTATION SHEET

**REQUEST**

TO: DR SOARES

FROM: (Requesting physician or activity) BEAM FCI McKEAN

DATE OF REQUEST: 7/3/02

REASON FOR REQUEST (Complaints and findings):
39 yo ♂ 3mo (R) leg radiculopathy and prior surgery for free fragment of Disc

SENSITIVE
Limited Official Use

PROVISIONAL DIAGNOSIS: (R) leg radiculopathy

DOCTOR'S SIGNATURE: [signature]

APPROVED:

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL

☐ ROUTINE ☐ TODAY ☒ 72 HOURS ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED: ☐ YES ☐ NO PATIENT EXAMINED: ☐ YES ☐ NO

7/10/2002 39 yo male with left leg [illegible] [illegible] [illegible] activity and in the summary. He had [illegible] 1993 followed by chiropractic adjustment [illegible] [illegible] of [illegible] leg L5-S1 [illegible] (laminectomy) in 1995 [illegible] increasing [illegible] [illegible] since March 21 2002 [illegible] L5 [illegible] (R) trigger points S1-L5 and PSIS (R) SLR left (R) 30°, right (R) 45° normal [illegible] DTRs [illegible] L5-S1 [illegible] and [illegible] (R) [illegible] [illegible] L5-S1 laminectomy L5 S1 [illegible] [illegible] [illegible]

Plan: Inject trigger points [illegible] MRI is recommended and reevaluate [illegible]

(Continue on reverse side)

SIGNATURE AND TITLE: [signature]

DATE: 7/10/2002

IDENTIFICATION NO.

ORGANIZATION

REGISTER NO. 10272-055

WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

TIMOTHY COOLEEN

REVIEWED BY: [signature] 7/11/02
H. BEAM, MD
FCI McKEAN

CONSULTATION SHEET

STANDARD FORM 513 (Rev. [illegible])
Prescribed by [illegible] CFR) 201-9.202-1

U.S. GOVERNMENT PRINTING OFFICE 1995-398-543

**0023**



FEDERA. ~~~RRECTIONAL INSTITUTIC~~ )SPITAL
**FCI MCKEAN, PA**

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED          UNIT: F          DATE: 7/10/02

INMATE'S NAME: Timothy Cooleen    DETAIL: Forestry    REG. NO. 10272-05

For Medical purposes, the inmate named above has been *authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 __

(X) CONVALESCENCE: List any restricted activity for medical reasons. _____ THRU 12 MIDNIGHT 7/31/02

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____ THRU 12 MIDNIGHT _____ 19 __

( ) TOTALLY DISABLED:

( ) FULL DUTY:

**Physician or Physician Assistant**
H. Beam, MD
FCI McKean

---

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

SENSITIVE
Limited Official Use

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|
| 7/17/02 1445 | S: c/o severe back pain x last 2 weeks → ≈ #5 when lying ↓, #10 when tries to sit. Was given 2 injections last Wed. by Dr. Suarez c only ↑ hrs. relief. Can walk to bathroom c difficulty. Unable to sit in mess hall for meals |
| | O: Went to unit. Pt lying in bed. (+) Pain on Pres (L) lumbosacral area. (+) ecchy- mosis noted → probably from injection. Sl. edema noted |
| | A: Low back pain c ? disc dis |
| | P: Dr. Olson notified Nubain 10mg given IM (R) deltoid @ 1515. Will probably start on Flexeril per Dr. Olson |
| | *Gracia Fairbanks PA* |
| | Reviewed by D. Olson, MD Date 7/18/02 **GRACIA FAIRBANKS** **Physician Assistant** |
| 7-17-02 1630 | Admin note: Dr. Olson returned call. TVO: Tylenol #3 ii po BID prn at P/L x 5 days Flexeril 10mg po BID at P/L x 3 days *C Lundberg* Reviewed by D. Olson, MD Date: 7/18/02 Cheryl Lundberg, RN |
| 7/19/02 0800 | Admin Note (See ortho consult) refer to UR Committee for MRI, IM able to walk D. Olson, MD |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

7/9/03
0815

S: Is here for f/u & c/o of back. States when ↑ walking pain is ↑ = # 10. Can get comfortable & be pain free when lying down. Still states pain will shoot ↓ leg to outer aspect of foot & ankle. Also c/o pain in ⊕ buttocks & ⊕ hip

O: Walking slowly & cautiously. DTR intact. Able to flex ⊕ leg & raise ↑ on toes of ⊕ foot. ROM ↓ flexion & extension. Unable to lie in table. Back exam ⊕ tenderness on palp ⊕ LS area

A: Lowback pain, also disease

P: Naproxen 550mg # 20. Told pt Vicodin if needed. Take medications as directed. May try applying heat. Any concern pt understands.

Gracie A. Banks, PA-C

GRACIE A. BANKS
Physician Assistant

REVIEWED
Dr [illegible] MD

H. HEALAN, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

SENSITIVE
Limited Official Use

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Graham, Timothy
10272-055

REGISTER NO.    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

513–110

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: Radiology

FROM: (Requesting physician or activity) FCI SLR

DATE OF REQUEST: 7/19/02

REASON FOR REQUEST (Complaints and findings)

S/P HNP (L/S spine) c̄ surgery

↑ LBP → (L) leg now

**SENSITIVE**
**Limited Official Use**

PROVISIONAL DIAGNOSIS

① HNP (L/S spine)

DOCTOR'S SIGNATURE _____ Olin MD

APPROVED

PLACE OF CONSULTATION

☐ BEDSIDE   ☐ ON CALL

☐ ROUTINE   ☐ TODAY

☐ 72 HOURS   ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO    OLSON, MD    PATIENT EXAMINED ☐ YES ☐ NO

7/24/2002  S: The patient continue to have severe left
leg pain, more severe with the
last injection

O: Tender RPU PSIS, ESI
joint, general limitation and SLR
No changes in neurological deficit.

A: Recurrent symptoms of HNP
Local trigger point.

P: He needs repeat MRI of lumbar
spine. Reevaluation c̄ results
ASAP. He may need referral to pain
management for mild symptoms or neurosurgeon
for block.  Injection five today X no rheumatolog
(Continue on reverse side)  ESI joint R PSIS

SIGNATURE AND TITLE

IDENTIFICATION NO.    ORGANIZATION    REGISTER NO. 0272-055    WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Camp    Coolian, Timothy

REVIEWED BY:

BEARD, MC
CI MCKEAN





**SENSITIVE**
**Limited Official Use**

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member: DR. Olsen | DATE: 7/24/02 |
|---|---|
| FROM: Timothy Cooleen | REGISTER NO.: 10272055 |
| WORK ASSIGNMENT: Forestry | UNIT: F |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting an MRI. I was injured on my prison job and since 3/21/02 have progressivly gotten worse. I walk in Pain, can't sit ... or even clear my throat without pain from my waist, through my hip ... thigh and calf. Although I've recieved Anesthetic shots (7-10-02 which gave some relief for about an hour ... and todays shots 7·24·02) The pain, while lessenal to a degree, is constantly with me. I spend 22+ hours a day in bed ... only leaving for Personal Hygene ... showers, toilet ... and to arrange food ... as for the past few weeks it's grown to painful to sit. My prior history of an intradural Herniation, and associated nerve damage (right side ...) from an incident in 1999 has me (as concerned that one wrong move or slip will result in permanent damage ... Not to mention the pain I'm enduring. The Orthopedist told me he has recommended an MRI and will again. I wouldn't be asking so emphatically if I wasn't in so much pain ... and fear what could result in permanent damage as it did previously. And this is my Good leg! Please ... if you could authorize an MRI. A proper diagnosis, and treatment could be rendered.      Thankyou,    Timothy M Cooleen
(A lower Lumbar Series is all that's necessary) (Do not write below this line)

DISPOSITION:    Our Utilization Review Committee has approved you for a MRI.

FCI McKean

| Signature Staff Member    Ol | Date 8/7/02 |
|---|---|

Record Copy - File; Copy - Inmate

215 597 4691          P.001/003

0028

# Utilization Review

Date of Review by Committee: _____ 8/2/02 _____

Inmate Name: ___ Cooler _____

Inmate Reg. No.: ___ 10272-035 _____

Medical Condition: ___ herniated disc with radiculopathy _____

_____

Recommended Treatment: ___ MRI _____

Recommended Facility: _____

APPROVED                    DENIED.

By:

O. OLSON, M.D
CLINICAL DIRECTOR

H. BEAM, MD
FCI MCKEAN

T. Montgomery, MLP




NSN 7640-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

8/15/02

1530

Adm note:
severe back pain - dn Robaxin going to
order urgent MRI
- will add Neurontin 300mg i/po B/D #20
on pill line -
& Check in tomorrow

*[signature]*

H. BEAM, MD
FCI McKEAN

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | SENSITIVE | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | Limited Official Use |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10272 - 055    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

TIMOTHY COOLGEN

STANDARD FORM 600 REV. 5 97)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|
| | *Sick Call* |
| 8/10/02 | S) 3940 c̄ (L) buttock, back & (R) legpain |
| | I received word that he was bed |
| 0730 | bound for 2wks. only ups about |
| | for occasional meals & some meals |
| | being delivered. I sent up a Neurontin 300mg |
| | last night @ pill line he said it has |
| | took edge off pain but did not |
| | completely relieve it. |
| | |
| | O) he is standing, declines to sit |
| | or lie down; walks painfully |
| | but can clear both EtR's |
| | c/o pain (L) low back (L) calf & knee |
| | & across toes on (L) foot see |
| | Ortho notes 7/10/02 & 7/29/02 |
| | |
| | |
| | A) (L) lumbar radiculopathy s/p surgery '93 |
| | |
| | P) PT/EJ. walk firm op. |
| | urgent MRI |
| | medi: Neurontin 300mg ī pō tid #60 |
| | (not pill line) |
| | Depending on MRI  transfer med CTR |

H. BEAM, MD
FCI McKEAN

    **0031**

BP-A621.060
AUG 98    CONSENT TO RELEASE MEDICAL INFORMATION

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

| Name of Inmate | Register Number | Date of Birth | Social Security Number |
|---|---|---|---|
| TIMOTHY COOLEEN | 10272-055 | 6|20|62 | 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 |

I,    TIMOTHY COOLEEN

hereby authorize  BRADFORD MEDICAL CENTER, DEPT. OF DIAGNOSTIC IMAGING, 116 INTERSTATE PARKWAY
BRADFORD,  PA  16701

to disclose and / or deliver to :    **FPC SCHUYLKILL
P.O. BOX 700
MINERSVILLE, PA 17954**    Attn. Medical records

A copy of and/or Information from my medical file pertaining to my evaluation and treatment received

From    8-21-02    To    8-21-02

This is to include:

☐ History and Physical   ☐ Laboratory Reports   ☐ Progress Notes   ☐ Operative Reports   ☐ Narrative Summary

☐ X - Ray Report   ☐ Consultation   ☐ Actual Slides   ☐ Actual Films   ☐ Entire Medical Records

☒ Other   MRI ON 8-21-2002

I understand the information is to be used for (specific nature, reason for release of information):    **SENSITIVE
Limited Official Use**

ONGOING MEDICAL TREATMENT

I understand that I may revoke this consent at any time by sending a written notice to the Supervisor of Medical Records. I Understand that any release which has been made prior to my revocation and which was made in reliance upon this authorization shall not constitute a breach of my rights to confidentiality.

**This authorization will automatically expire six months from the date of signature.**

| Signature of Patient | Date | Staff Witness | S. IMP, HEALTH INFORMAT FPC SCHUYLKILL |
|---|---|---|---|
| *Timothy M Cooleen* | 10|23 | | HIT |

**SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW.
Must sign below, to Release Protected information.**

I specifically authorize the release of data and information relating to:

☐ 1. Substance Abuse    ☐ 2. Mental Health    ☐ HIV Related Information

Date

0032

MC 90-346 Rel'd 08/21/02 1  00 From RADT To RAD    4215: 9-3

```
            *** BRADFORD REGIONAL MEDICAL CENTER ***
            116 INTERSTATE PARKWAY
            BRADFORD, PA   16701

        *****  DIAGNOSTIC IMAGING DEPARTMENT *****
```

| Patient | FC | Admit | Birth Dt | Age | Sex | SSN | Room | PT | MR Number |
|---------|----|----|---------|-----|-----|-----|------|----|----|
| 4215269 | 11 | 08-21-02 | 06-20-62 | 40 | M | 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 | | O | 000217496 |

```
COOLEEN,TIMOTHY M                    Phone#: (814) 362-8900      Date: 08/21/02
PO BOX 5000            BRADFORD      PA  16701                   Time: 16:09
Ref Phys:
Att Phys: PHYSICIAN,OTHER           Adm Dx: LEFT SCIATIC PAIN
Adm Phys:                                                       Tech: TG
Procedure: 4212   MRI - Lumbar Spine            Approval #:
                                         Explained to Pt: Y
   Req Phys: DENNIS OLSON, MD             Preg: NA        Shielded: NA
     Reason: HNP W/RADICULOPATHY
   Priority: Routine
 Date to do: 08-21-02                    2nd Chk LMP: NA
Preg Status: Patient is Male             Consent: NA
 LMP Status:                             Prepped: NA
 Alrgy/Food: 4215269-1                   Alrgy: NA
  Alrg/Med: 4215269-1                    Contrast: OMNISCAN
  Loc/Level: Lumbar Spine                Dose: 20CC
  Comments: GK                           Date: 08/21/02   Time: 16:09
                                         Site: RT          Tech: DA
   Handicap:                             Attempts: 1
 Resucitate:            High Risk Falls:
```

Radiologist: Ross A. Horsley, MD
4212 MRI - Lumbar Spine

SENSITIVE
Limited Official Use

Date Typed: 8/21/2002        Date Dictated: 8/21/2002

MRI LUMBAR SPINE:

Routine scans show a large herniation of the L4-5 disc on the left side.
There are post operative changes after laminectomy at the L5-S1 level on
the right side.  No other abnormalities are demonstrated.

IMPRESSION:

Large acute herniation L4-5 disc left side.  Post operative changes after
laminectomy L5-S1 level on the right side.

*sj

Reviewed by D. Olson, MD
Date: 8/28/02

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9/21/02 0700 | Admit Note<br>Inmate on Transtrip for MRI (c/s)<br><br>D. Olson, MD<br>Clinical Director |
| 9/22/02 0800 | Admit Note<br>Inmate returned from Transtrip yesterday, not brought to HS'U by CO<br><br>D. Olson, MD<br>Clinical Director |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | SENSITIVE<br>RECORDS MAINTAINED AT<br>FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | Limited Official Use |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10292-085   WARD NO.

Cooker, Timothy

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 5 97)
Prescribed by GSA/ICMR

0034

MEDICAL RECORD | CONSULTATION SHEET

REQUEST

| TO: Orthopedic Surgeon | FROM: (Requesting physician or activity) Dennis Olson, MD, CHP | DATE OF REQUEST 7/29/02 |

REASON FOR REQUEST (Complaints and findings)

MRI - ① large cntrl HNP L4-5 a Ⓛ

SENSITIVE
Limited Official Use

PROVISIONAL DIAGNOSIS

① HNP L4-5

| DOCTOR'S SIGNATURE _D. OLSON MD_ | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON-CALL | ☑ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EXTEROR |

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☑ YES ☐ NO

S _[handwritten notes]_

O _[handwritten notes]_

A Acute L4-5 disc HNP, SM <SSI

_[handwritten recommendation notes]_

(Continue on reverse side)

| SIGNATURE AND TITLE | | DATE 9/4/02 |
| IDENTIFICATION NO. | ORGANIZATION FCI MCKEAN HEALTH SERVICES | REGISTER NO. 70272-075 | WARD NO. |

PATIENT'S IDENTIFICATION (For typed or written entries give: name—last, first, middle; grade; rank; rate; hospital or medical facility)

Coller, Timothy

CONSULTATION SHEET
Medical Record

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | 40    8/28/02 @ 1130 *Beno* |
| 8/28/02 1115 Hr | S/ 39 y.o.o → Injured back 3/21/02 moving furniture at work. he's had pain in R leg & R buttock since then. not much improvement since time of injury. Saw Ortho Dr Soares 7/10 7/24. c̄ steroid injection 2nd time. Using NSAIDS without consistent help. Had xylocain inj c̄ 10 jelly steroid inj 1hr help "10%" reduction pain. Tried neurontin but it again took 10-90% pain but left him feeling groggy no meds since Friday. S/ holding own  P70 120/70 |
| | O) Tender R buttock, down leg    175#  He declines to get on table hurts to much EHL is 5/5  very limited forward flexion  MRI - Acute herniation L4-L5 to left  He's not interested in nubain injection oral steroids |
| | A) Acute Herniation L L4-5 c̄ Continued Sx |
| | P) PT Ed. walk, rest.  ASA - EC ī po Q6hrs A 30 RF 5  Tylenol #3 ī po Bid by pill line #4 RF 7  Recheck at Or Tho Appt  [signature] |

FPI. LEX.    Printed on Recycled Paper

BEAM, MD
FCI McKEAN
R. BEAM, MD
FCI MCKEAN

TIMOTHY COOLEEN

0036

## FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
### FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>    UNIT: *CAmp*    DATE: *8/29/02*

INMATE'S NAME: *TimoTHY COOLGEN* DETAIL: *ForoTry B*  REG. NO. *10272-05*

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ___

( ) CONVALESCENCE: List any restricted activity for medical reasons. _____

_____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____

_____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED:

( ) FULL DUTY:

*medically Unassigned*        _____
**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

SENSITIVE
Limited Official Use

0037

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

9/4/07
1329hr

Adm note
See D Strain note
Form to with Renew for Therapy

Refill
Tylenol #3 #2 po Bid Pill line #4 x5/7

*[signature]*

9/11/02
0915

S/ 40 yo Bri fcheck back
Back pain hard to sit
Can't work, pacing

H. BEAM, MD.
FCI MCKEAN

O/ seems in pain, pacing, &
am't sit for exam

A/ HNP C L4-5

P/ PRED Walk Arm
Check back 1 wk
for medrefuga
Decline bottom bunk

*[signature]* MD
FCI McKean

SENSITIVE
Limited Official Use

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINT. AT |
|---|---|---|---|

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|

| PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. 10272-055 | WARD NO. |
|---|---|---|

TIMOTHY COOLEEN

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

0038





SENSITIVE
Limited Official Use

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Olsen | 9/15/02 |
| FROM: Timothy Cooleen | REGISTER NO.: 10272055 |
| WORK ASSIGNMENT: Medically Unassigned | UNIT: F |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I submitted a cop-out on 8-26-02 for a copy of
the MRI report ... as well as the relavent images.
I've yet to recieve either and would request again
for them.
It's been about 3 weeks and I assume my
prior request may have been misplaced.
If you could see that they are fowarded to me
I'd appreciate it greatly.
                                    Thanks

(Do not write below this line)

DISPOSITION:

I will ask medical records to arrange
your getting an MRI report; copies
need to be through The hospital. That
is between you and Bradford Hosp.

FCI McKean                        9/1?/0?

Signature Staff Member     Date
I M ...                        ...M, MD
                               ...EAN

 

0039

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

SENSITIVE
Limited Official Use

### INSTRUCTIONS:
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _Timothy Cooleen_
   (Nombre)

2. Reg. Number: _# 10272055_
   (Numero de Registro)

3. Date: _9/19/02_
   (Fecha)

4. Housing unit and Unit Team: _F Unit_ TEAM: A B C D
   (Unidad y equipo de la unidad)

5. Complaint. What is your problem ?
   (Queja). (Cual es su problema?)
   _Pain medication cancelled abruptly - Dr Beam told me he wrote another_
   _prescription for Tylenol/codeine and it would be good another 2 weeks._

6. How long have you had this problem? _Injured 3-21-02... MRI 8-21-02 Confirms_
   (Durante cuante tiempo ha tenido este problema?) _Herniated Disc. I'm in pain & the Meds were_
   Days_____ Months_____ Years_____ _helping alleviate some of the severity - I was_
   Dias        (Meses)        (Anos)

7. Are you on any medication(s) at present? Yes_____ No _Not for Pain_ ) _On for 3weeks_
   (Esta usted tomando alguna(s) medicinas actualmente?)                          _then abruptly cancelled_

8. Have you purchased Over-the-Counter Medications from Commissary?  _And would like to have y_
   (Ha comprado medicinas non-prescipcion en la Comisaria?) _pre Scription renewed._
   Yes_____ No_____

9. Signature _Timothy M/ Cooleen_
   (Firma)

---

### TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:

10. Date Seen:_____

11. Time Seen:_____

12. Subjective: _____
                 _____
                 _____

13. Objective: Temp._____ Pulse_____ Respirations_____ B/P_____

13. Appointment Date: _9/23/02_ Appointment Time _9:15 a_

14. Triage Personnel's Signature: _____

T. Montgomery, MLP
AHSA

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION(Sign each entry) |
|------|------------------------------------------------------------------------|
| 9-23-12 0925 | S: c/o abrupt halt of medication. Requested renewal, but now feels it was causing stomach pain and wants it d/c'd. Pain in back is "the same." Denies improvement. |
| | O: NAD. Appears well. Ambulating and moving freely c̄ no evidence of pain or discomfort. |
| | A: HNP @ L4-5 |
| | P: Consult c̄ Dr. Beam. Pt. talked c̄ Dr. by phone. Decision made by IM + dr. not to renew medication. Pt education re: medications. RTC prn. Pt understands. |
| | [signature] Bonnie Saylor, NP |

0041

AUTHORIZED FOR LOCAL REPRODUCTION

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |



CAMP CLINIC  HTN. $\bar{c}$ lumbar radiculopathy

9/25/02
1140

S) 40 yo o-7 mainly troubles $\bar{c}$ { BP 114/64
   pain $\bar{c}$ leg from HNP - { P 70
   No Sx HTN - w/ HA no chespin { non smoker
   Oн no shorenessof breath { walks Tm ×
   - His back pain in stable - than been
   off colline × 1w/c + doing better since
   The colline was competing

O) look OK  HEENT neg
   chest clear  heart RA
   Tech $\bar{c}$ low back
   SR +/+  GtG  $\bar{R}$ 5 $\bar{L}$ 5/5

A) HTN - $\bar{c}$ L4-5 HNP
P) PT Ed! up and around - walk Amб 1
   meds HCTZ 25 mg $\bar{t}$ po QD #30 RF 2
        Atenolol 25 mg $\bar{t}$ po QD #30 RF 2
        EC ASA Ig $\bar{t}$ po QCh #30 RF 5

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| | | | H. Beam FCI McKEAN |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

SENSITIVE
Limited Official Use

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. 10272-055 | WARD NO. |
|---|---|---|

Timothy Coolean

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 500 (REV. 5-97)

0042




## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

**SENSITIVE**
**Limited Official Use**

*CAMP*

## INSTRUCTIONS
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1.  Name:  _Timothy Cooleen_
    (Nombre)

2.  Reg. Number:  _10272 055_
    (Numero de Registro)

3.  Date:  _10/3/02_
    (Fecha)

4.  Housing unit and Unit Team:  _F_          TEAM: A B C D
    (unidad y equipo de la unidad)

5.  Complaint, What is your problem?
    (Queja), (Cual es su problema?)
    _Need appt w/ Dr. Bean next available date_
    _to discuss Treatment for Herniated Disc / His Menns's Treatment_
    _options..... As R. Klarke_
    _has informed me that Reg._
    _Denied a Medical Transfer._

6.  How long have you had this problem?
    (Durante cuante tiempo ha tenido este problema?)
    Days_____  Months (6½)  Years_____
    (Dias)        (Meses)      (Anos)

7.  Are you on any medication(s) at present? Yes _✓_  No _____  B.P. maintenance
    (Esta usted tomando alguna(s) medicinas actualmente?)

8.  Have you purchased Over-the-Counter Medications from Commissary?
    (Ha comprado medicinas non-prescipcion en la Comisaria?)
    Yes_____  No _✓_

9.  Signature  _Timothy M Cooleen_
    (Firma)

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10.  Date seen: _____

11.  Time seen: _____

12.  Subjective:  _You will be on callout_
     _10/16/02_

13.  Objective:  Temp: _____  Pulse _____  Respirations _____  B/P _____

14.  Appointment Date: _____   Appointment Time _____

15.  Triage Personnel's Signature:  _10/3/ Beam_  _10/7/02_
     _H. BEAM, MD_
     _FCI McKEAN_

CHP CLINIC ℅ lumbar radiculopathy

| 10/16/02 1445Hrs | S) | YO yo -c̄ pain down ℅ leg from known radiculopathy, getting new Sx ℅ leg, "numbness like buggs running up ℅ down ℅ leg, now all ankles, shin @ hips - Walking an hour a day ℅ legs feeling strong |
|---|---|---|

O) decline to sit -
EHL 5/5    Dorsiflex (R) & (L) 5/5
SLR ⊖ ℅ ℅ @ 20°
↓ explained - most disk radiculopath resolve without surgery

A) ℅ lumbar radiculopathy

P) PTEd: Walk Am ⊕
Harrel meds -
Continue as is -
Following 6W KS

H. BEAM, MD.
FCI MCKEAN

SENSITIVE
Limited Official Use

0044

AUTHORIZED FOR LOCAL REPRODUCTION

NSN 7540-00-634-4176

**MEDICAL RECORD** | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each, entry)* |
|------|------|
| 11/6/0L 1500 | Adm note<br>On my way to camp I saw I/m wallax briskly on the track with fluid gait, he said he felt no better, no worse |

*[signature]*

H. BEAM, MD
FCI McKEAN

SENSITIVE
Limited Official Use

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10272-05 | WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)

SENSITIVE
Limited Official Use

Administrative Remedy No. 275494-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal in which you state that the consulting orthopedic surgeon
recommended surgery for your herniated lumbar disc and there has
been no treatment authorized or pursued.  You request that the
"recommended and required" surgery be "accomplished as soon as
possible.  (IMMEDIATELY)."

Review of your medical record and discussion with FCI McKean
staff reveals a history of lumbar disc herniation at L4-5.  The
consulting orthopedic surgeon wrote a recommendation for a
referral for possible L4-5 laminectomy.  Based upon your clinical
assessment and physical activity levels, the decision has been
made to monitor your status.  Surgery is often perceived as a
"cure all" for low back pain, when in fact the symptoms may or
may not be relieved.  Therefore, surgical intervention should be
used judiciously as opposed to routinely.  Your physician will
continue to monitor your neurological status, activity levels,
range of motion, and muscle tone.  Your treatment plan will be
developed based upon these clinical findings.

This response has been provided for informational purposes only.


_December 18, 2002_
Date

_Kathlyn Smallwood_
for  Harrell Watts, Administrator
     National Inmate Appeals

L. Beam –
R. Menna –
Dr. Olsen –/ In response to B.P. II reply :                    12/23/02

    Contrary to Your written assessment ... My medical
history included an injury and subsequent surgery at
L5·S1 (... as noted in all previous documentation.) My
pain ... (as noted in all previous documentation) is not
"low back pain"... it is sciatic pain from my hips
to my feet and a <u>direct result of the injury</u>
<u>incurred on March 21st, 2002.</u> My MRI of August 28st
2002 revealed a "<u>Large acute Herniation</u>" at L4-L5...
and documented "post operative changes at L5·S1."
It has been <u>over Nine months since my injury</u>–
and the pains are <u>constant</u> and indicative of
nerve root impingement. I do not have "chronic
back pain" or "low back pain"... I have
Nerve impinged Pain from my hips through my
feet. This is <u>confirmed by an MRI & it's report.</u>
    As in 1999... referring to my injury and
subsequent surgery ... Surgery alleviated the pain,
and prevented further nerve damage.
    To leave this untreated is unconscienable ... It
has not improved over the last nine months... and
continued delay will be considered a DENIAL
of proper medical treatment. <u>Im in pain everyday,</u>
<u>all day ... and still cannot sit without heightened</u>
<u>pain.</u> The pain radiates down my legs and into
my feet. I do not have "low back pain". I cannot
lean foward without shooting pains radiating down my
legs ... the left more painful than the right. This
has been accompanied by numbness... tingling and

other "sensations".

What do you percieve your "monitoring" will reveal?? I'm really curious.

The MRI revealed what I had voiced as my biggest concern for nearly 5 months... My Disc at L4-L5 is herniated... not mildly bulging... But ruptured in the Full medical Sense of the word.
H.N.P. = Herniated Nucleus Pulpow —

This herniation (you reviewed the report 8.28.02) as noted in the report affects the left side. It has been 9 months... and is unchanged, giving me pain throughout my left hip through my foot. every day. What is unclear or in need of monitoring??

In the same report... You will again note the L5-S1 post operative changes... AND the NEW H.N.P. at L4-L5. I've had no history of Lumbar Disc Herniation at L4-L5.

This injury occured March 21st, 2002 while On my prison work detail. That is also documented.

This injury is confirmed... and has been left as an untreated spinal injury.

These facts are undisputable... And Now (Again) I make them clear to you for the record.

Copies of this along with all relevent documentation has been forwarded to my Lawyer.

Have a Nice Holiday

Timothy McCarlow
# 10277055

| | |
|---|---|
| 12/24/02 | seen in FH ℅ L4-5 HNP |
| 1000 0930 (1000) | S) walking / shading clcm + understand why no surgery "I haven't sat down in months — hurts |
| | ∂ nontender low back refuses to sit down bends forward 20° before pain limits - EHL 5/5 Bilaterally plantarflexion on ℗ fully ↑ (℗ plantarflexion absent - old injury) ← seen 12/24/02 @ 1000 |
| | A) Stable ℅ lumbar radiculopathy |
| | P) recheck @ chronic care clinic HTN prtcd! walk prn Ar Continue NSt (has) |

/H.B.

H. BEAM, MD
FCI McKEAN

SENSITIVE
Limited Official Use

STANDARD FORM 600 (REV. 6-97) BACK

FPI. LEX.    Printed on Recycled Paper



AUTHORIZED FOR LOCAL REPRODUCTION

NSN 7640-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)*

DATE

CAMP CLINIC            HTN- CLBP- L4-5 Denticles Disc

**1/8/03**
**1110**

S/ 40 yo ♂ no S/ HTN –
  some days painful.
  other days - is back              wgt 181
  down c̄ leg. spasily               BP 130/68
  down. sharp pain Thigh           P 70
  & groin                           nonsmoker

O/ looks we stands comfortably      walks c̄ lch
  declines to sit.                     perclsay
  CHL 5/5     SRE- can't test
  plantar flex. L 5/5               unable to ne @ ca
       R old foyds 55 3/5           good
                                    R calf atrophy
                                    since 1999

A/ HTN controlled ⟩
  HNP L4-5 (L side ⟩

P/ EC ASA 1gm ÷ po Q 6h #30 RF5.
  Hydrochlorthiozide 25mg ÷ po QD #30 RF2
  Atenolol 25mg ÷ po QD #30 RF2
  Check back 3 mo
  prev: diet + Exercise.

                                    M BEAM, MD
                                    RECORDS MAINTAINED
                                    FCI McKEAN

SENSITIVE
Limited Official Use

Violette Geza, Pharm.D., RPh
Chief Pharmacist

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE |
| --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10272-055

WARD NO.

 

## FCI McKean
## Inmate Sick Call Sign-Up Sheet
(Formulario y Registro para Atencion Medica de Confinados)

## INSTRUCTIONS
You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _Timothy Coolcen_
   (Nombre)

2. Reg. Number: _10272055    Unit F_
   (Numero de Registro)

3. Date: _1/21/03_
   (Fecha)

4. Housing unit and Unit Team: _F_ _____ TEAM: A B C D
   (unidad y equipo de la unidad)

5. Complaint, What is your problem?
   (Queja). (Cual es su problema?)
   _I need to see Dr. Saurez concerning my continued pain in both legs
   and feet as related to my untreated herniated lumbar disc @ L4.L5._

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days _____  (Months) _10+_  Years _____
   (Dias)      (Meses)        (Anos)

7. Are you on any medication(s) at present? Yes _____ No _X_
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?)
   Yes _____ No _X_

9. Signature _Timothy M Coolen_
   (Firma)

---

**TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:**

10. Date seen: _____

11. Time seen: _____

12. Subjective: _____
    _____
    _____

13. Objective:  Temp: _____ Pulse _____ Respirations _____ B/P _____

14. Appointment Date: _____ Appointment Time _____

15. Triage Personnel's Signature: _____

SENSITIVE
Limited Official Use