SUPPLEMENTAL [illegible] (Sign [illegible])

2/4/03 0835 — Adm - note - See sick call slip x 2 - Patient requests another appt c̄ a sooner - I think it better to try to arrange a neurosurgery consult. I will submit this to utilization review committee. Inmate notified

H. BEAM, MD
FCI MCKEAN

CB - back pain

2/19/03 1120 — S/ 40 y/o - I informed inmate of upcoming neurosurgical consult as it was approved by utilization review. He still c̄ substantial Ⓡ buttock & leg pain c̄ burning [illegible] area & feeling like skin is wet on back of legs

O/ Declines to sit. Ignored forward [illegible] EHC 5/5 Walks [illegible] Ⓡ old Ⓛ L.

A/ Ⓛ L4-5 HNP

P/ RT walk-around and pain control plan. F/U neurosurgeon & chronic care clinic

H. BEAM, MD
FCI MCKEAN

DEC-14-2004 14:57 FROM: ?15 597 4691 P.002/003

0052

Utilization Review

Date of Review by Committee: 2/14/03

Inmate Name: Timothy Cooleen

Inmate Reg. No.: 10272-055

Medical Condition: L 45 herniated Disc

Recommended Treatment: Evaluation & Surgery if indicated

Recommended Facility: HAMOT Dept. of neurosurgery

APPROVED DENIED

By:

H. BEAM, MD
FCI McKEAN

AW(O)

2-3 mos

N. NELSON, LPN

D. Olson, MD
Clinical Director

0053

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3/27/03 1030 | I/m on med appt trip to Erie [signature] H. BEAM, MD FCI McKEAN |
| 3/27/03 1700 | I/m returned from medical trip [signature] H. BEAM, MD FCI McKEAN |

HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

SENSITIVE Limited Official Use

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10272-055

WARD NO.

0054

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3/27/03 1100 | I/M out on town trip today to see neuro surgeon [illegible] T. Montgomery, MLP AHSA |
| 3/28/03 0?3 | [illegible] by Capt C.O I/M [illegible] 1600 [illegible] T. Montgomery, MLP AHSA |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

SENSITIVE Limited Official Use

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10072-0?? | WARD NO.

Carleen Tinsley

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)



Camp

TRISTATE NEUROLOGICAL SURGEONS
Modern Tool Square Building, Suite 206
333 State Street, Erie, PA 16507
814-459-1013

Brian E. Dalton, M.D.
*Diplomat of the American Board of Neurological Surgeons*

Steven A. Gilman, M.D.
*Diplomat of the American Board of Neurological Surgeons*

Daniel V. Loesch, M.D.
*Diplomat of the American Board of Neurological Surgeons*

Isam A. Khoja, M.D.
*Board Eligible American Board of Neurological Surgeons*

March 27, 2003

Herbert P. Beam, Jr., MD
FCI McKean
P.O. Box 6000
Bradford, PA 16701

SENSITIVE
Limited Official Use

**RE: TIMOTHY COOLEEN**

Dear Dr. Beam:

I had the pleasure of meeting Mr. Cooleen today for the first time. He is a very pleasant 41-year-old gentleman who has a history, as you know, of a herniated disc in the past at L5-S1. That was several yeas ago and he had surgery for that and did well. He was in his usual state of health until around March of last year when he had the sudden onset again of pain in his back which started radiating down his left leg. By the summer time, he was completely miserable with this pain. He describes a very typical L5 radiculopathy in the left leg. Things have calmed down to some degree and he's learned to kind of live with the pain but he has constant numbness and tingling down the leg and pain which goes down the leg. If he coughs or sneezes, he gets terrible pain. He can't sit for very long. He's basically pretty miserable with it. He's had no bowel or bladder dysfunction. Because of his situation that he's in, obviously he's not had much conservative therapy but he has had a lot of time. Things are just not getting better for him.

His past medical history is unremarkable otherwise. He has some mild hypertension for which he takes Atenolol and Hydrochlorothiazide. He's had a prior disc surgery.

His allergies include Sulfa medications.

He did fill out a comprehensive review of systems today and it's otherwise negative.

PHYSICAL EXAMINATION: He is a well-developed well-nourished white male in no acute distress. He's 6' and 188 lbs. Vital signs are stable. Pulse is 72. Respiration 16. Blood pressure 120/60. Chest is clear to auscultation and percussion. Heart is in normal sinus rhythm without murmurs, rubs, or gallops. Abdomen is soft and nontender with no hepatosplenomegaly. Extremities are without clubbing, cyanosis, or edema. He has good carotid pulses and no bruits. Distal pulses are intact. Fundi are benign.

Neurologically, he is awake, alert and oriented times three. Cranial nerves are intact II through XII. Motor examination shows 5/5 strength in all muscle groups of the arms and legs. He has decreased sensation to pinprick in the L5 distribution of the left leg. He has a positive straight leg raise sign at about 20 degrees. He has no Patrick signs. His reflexes are symmetric thro...

BEAM, MD

 

March 27, 2003
Page 2

RE: TIMOTHY COOLEEN

with the exception of a decreased ankle reflex on the right. His gait and station is normal. His cerebellar examination is negative.

He did have an MRI scan done recently which did show a large disc herniation at the L4-5 level. I do not have those films here to review today. That study was done back in August of 2002.

IMPRESSION: Left L5 radiculopathy on the basis of a herniated disc.

At this point, he has all the signs and symptoms of a herniated disc and an L5 radiculopathy, so I believe that the study is probably accurate. In any case, the study is 8 months old and if he wants to consider surgery, I think we need to get a new study. We need new information. I'd like to bring him back and have a new MRI scan done of his back just to confirm that that is what's going on and that things haven't changed. I'd also like to offer him surgery to remove the herniated disc. We discussed the surgery which would include a hemilaminectomy for removal of the herniated disc. We talked about the risks and benefits of the procedure. I think that given his situation, the best way to do this would be to bring him down for the MRI scan and admit him after that and just go ahead and do the surgery the next day. He's okay with that. We'll try to get things cleared with the institution and get the ball rolling for that. If there's any reason why we can't do it, please let me know. Thank you very much.

Sincerely,

SENSITIVE
Limited Official Use

Steven A. Gilman, M.D.
SAG:dtf

0057

AUTHORIZED FOR LOCAL REPRODUCTION

SN 7540-00-634-4176

MEDICAL RECORD

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | CAMP CLINIC HTN Lumbar Disc (L) L4-5 Herniation |
| 4/2/03 0915 | S) 40 yo feeling well except (L) buttock pain from herniated disc down (L) leg pain all way down to big toe |
| | O) looks well — 187# Smoker Walks |
| | HEENT neg |
| | Chest clear |
| | Heart OK |
| | Extremities can go up on (L) toe |
| | A) HTN controlled — actually on HCTZ 6.25/d more often than not |
| | Herniated Disc (L) L4-5 |
| | P) Pred diet, exercise — held cont. |
| | surgery planned |
| | meds Atenolol 25 mg i po QD #30 RF2 |
| | HCTZ 25 mg i po QD #30 RF2 |
| | lipids, chem panel |
| | H. BEAM, MD FCI MCKEAN |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

SENSITIVE

Limited Official Use

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10272-055 — WARD NO.

Timothy Carlson

DEC-14-2004 14:57 FROM: ·215 597 4691 P.003/003

0058

# Utilization Review

Date of Review by Committee: ____________________

Inmate Name: Timothy Cooleen

Inmate Reg. No.: 10272-055

Medical Condition: revolving (L) L4-5 Disc herniation

Recommended Treatment: Recheck OTSIT

Recommended Facility: Dr. Gilman @ Hamot

APPROVED DENIED

By: Olson MD

D. Olson, MD
Clinical Director

D. Caldwell, HSA
Diane Caldwell
Health Services Program Assistant

Roberta Fitch

Gary [signature]

Rodney S. Smith
Health Services Administrator

[signature]
H. BEAM, MD
FCI McKEAN

9/18/03
1300
Neurosurgeon's office called. They said they don't need to see the inmate back in F/U

Dr. Olson, MD

0059

Page: 1

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

Camp

======================== F I N A L R E P O R T ========================

Register Number: 10272-055
Name : COOLEEN, TIMOTHY
Location : FCI MCKEAN (MCK)
Physician : BEAM, MD
Collection Date: 04/24/2003
Collection Time: 06:30
Tests Ordered: LIPID TESTING; COMP. METABOLIC

Age : 40
Sex : M
Accession Number: 4108
"X" if Complete : [X]

| Test Name | Result | Flag | Reference Range | | | | Tech |
|---|---|---|---|---|---|---|---|
| Collection Cmt. | Fasting | | | | | | |
| LIPID TESTING | | | | | | | |
| COMP. METABOLIC | | | | | | | |
| Glucose | 85 | | mg/dL | 70 | - | 110 | SY RY |
| Urea Nitrogen | 20 | | mg/dL | 7 | - | 22 | SY RY |
| Creatinine | 1.1 | | mg/dL | 0.6 | - | 1.6 | SY RY |
| Sodium1 | 143 | | mmol/L | 137 | - | 148 | SY RY |
| Potassium | 3.7 | | mmol/L | 3.5 | - | 5.0 | SY RY |
| Chloride1 | 105 | | mmol/L | 99 | - | 114 | SY RY |
| Calcium1 | 9.1 | | mg/dL | 8.5 | - | 10.9 | SY RY |
| Total Protein | 7.4 | | g/dL | 6.0 | - | 8.2 | SY RY |
| Albumin | 4.0 | | g/dL | 3.6 | - | 5.1 | SY RY |
| Alkaline Phos. | 106 | | U/L | 41 | - | 133 | SY RY |
| AST(SGOT) | 31 | | U/L | 11 | - | 55 | SY RY |
| Total Bilirubin1 | 0.20 | | mg/dL | 0.20 | - | 1.30 | SY RY |
| Cholesterol | 171 | | mg/dL | 140 | - | 200 | SY RY |
| Triglycerides | 177 | | mg/dL | 30 | - | 200 | SY RY |
| ALT1(SGPT) | 39 | | U/L | 11 | - | 66 | SY RY |
| HDL-Cholesterol1 | 38 | | mg/dL | 29 | - | 67 | SY RY |
| | Other Factors critical to assessment of CHD risk - Overweight, Blood Pressure, Smoking and Familial History. | | | | | | |
| VLDL | 35 | | mg/dL | | - | | TX RY |
| LDL Cholesterol | 98 | | mg/dL | 62 | - | 130 | TX RY |
| Chol/HDL Ratio | 4.5 | | | 3.4 | - | 5.0 | TX RY |

-- End of Laboratory Report --

SENSITIVE
Limited Official Use

S. Czekai, Med Tech.

Name : COOLEEN, TIMOTHY
Register#: 10272-055
Printed : 04/28/2003 @ 09:36

Doctor : BEAM, MD
Location: FCI MCKEAN (MCK)
Sensitive L.O.U.



0060

PATI. .I APPOINTME— OTICE

SENSITIVE
Limited Official Use

HAMOT MEDICAL CENTER
201 STATE STREET
ERIE, PENNSYLVANIA 16550-0001
PHONE: (814) 877-6182

NUEML
DATE: 03/31/03

**************************************************************************

MED REC NO:
SEX: M
DOB: 06/20/1962
Tel#: 814 362-8900

COOLEEN ,TIMOTHY
POB 8000
BRADFORD PA 16701

**************************************************************************

Dear TIMOTHY COOLEEN

Doctor 630152GILMAN STEVEN A has ordered the following procedure.

MRI LS-SP W/&WO GAD RADIOLOGY

DATE: 05/13/03 TUE
TIME: 12:15 P.M.

**************************************************************************

TEST INSTRUCTIONS:

NO PREPARATION NEEDED FOR THIS TEST.
IF YOU HAVE PREVIOUS FILMS FROM
SOMEWHERE OTHER THAN HAMOT OR
THE IMAGING CENTER, PLEASE BRING THEM
WITH YOU.

**************************************************************************

PLEASE REMEMBER TO BRING:

* A written order with a diagnosis from your physician.
* Your insurance cards. To avoid delays or insurance billing penalties, be sure to have met your company regulations before the test.
* A referral or pre-authorization from your HMO, if required by your insurance company.
* This appointment notice.

**************************************************************************

PRESENT THIS LETTER TO OUTPATIENT REGISTRATION LOCATED ON THE FIRST FLOOR, 30 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT.
*ENTER THROUGH THE MAIN ENTRANCE ON STATE STREET.*

Results of your procedure will be sent to the physician who ordered it. If you have any questions about your test, please call your physician.

If you need to RESCHEDULE or CANCEL your test, please call our scheduling department at (814) 877-6123.

Sincerely,

The Scheduling Staff

P.S. Tests are done by appointment, so please try to be on time. Patients who are late may be delayed or rescheduled.

4/1/03

H. BEAM, MD
FCI MCKEAN

03/31/03

PLEASE READ THE FOLLOWING INFORMATION:

The MRI unit has a magnetic field surrounding the scanner. If you have any of the following implants, please call the MRI Department at 877-4678:

CARDIAC PACEMAKER

BRAIN ANEURYSM CLIP

EAR SURGERY - INVOLVING IMPLANTS

EYE SURGERY - INVOLVING IMPLANTS (CATARACT IMPLANTS ARE ACCEPTABLE)

HEART VALVE PROSTHESIS

If you are claustrophobic and concerned about the equipment used in this exam, please contact the technologist at 877-4678. We deal with this daily and would be happy to assist you and your concerns. If necessary, your physician can prescribe a sedation to bring with you. If you do bring sedation for your exam, please be sure to bring someone along to drive you home.

Also, if you weigh more than 440 lbs., you will need to call the MRI Department. This weight and above exceeds the limit our table is able to accommodate.

*******************************************************************
* If you need to pick up your MRI films for a doctor appointment, *
* please call 877-6182 24 hours in advance. *
*******************************************************************

SENSITIVE
Limited Official Use

Thank You.

C0Z11416

H. BEAM, MD

0062

HAMOT MEDICAL CENTER 201 STATE STREET • ERIE, PENNSYLVANIA 16550

SENSITIVE
Limited Official Use

Grack, David M.
HISTORY & PHYSICAL

ADMITTED: 05/13/2003 PATIENT NO. 000016213951

DATE OF BIRTH: 06/20/1962

CHIEF COMPLAINT: Left leg pain.

HISTORY OF PRESENT ILLNESS: The patient is a 40-year-old male who present to Dr. Gilman for the above stated complaints. The patient actually has a past history of having had a herniated disc at the L5-S1 level. He had surgery several years ago and did reasonably well. Apparently, however, in March of last year, he started to develop the sudden onset of low back and left leg pain once again. By the summer of 2002, he was completely miserable with pain. The pain he describes is very typical of an L5 radiculopathy. Things, however, have seen to calm down for sometime, he learned to live with constant amount of pain and numbness down his left leg. If he coughs or sneezes, he gets terrible pain, however. He is now finding it very difficult to sit for very long and has become very miserable once again with discomfort. He has no bowel or bladder incontinence. He has not had much conservative therapy, but what little he has sought out, he has failed.

An MRI of his lumbar spine shows an L4-5 disc herniation, which is very large. The problem is, however, is that the MRI was done back in August of 2002, and Dr. Gilman would like an updated study at this time. Surgical intervention, however, has still be sought out. The risks and benefits of a surgical intervention have been discussed and informed consent has been obtained. Appropriate questions have been asked and all have been answered to the patient's satisfactory.

PAST MEDICAL HISTORY: Is significant for hypertension.

ALLERGIES: Include sulfa drugs.

MEDICATIONS: At this time include atenolol and hydrochlorothiazide, the

H. BEAM, MD
FCI MCKEAN

| Patient Name | Dictated By | MR NO. | Room | Dis. Date |
|---|---|---|---|---|
| COOLEEN , TIMOTHY | GRACK , DAVID | 490738 | 4-SOS41001 | |

| Document Number | Date Dictated | Date Transcribed | Type of Report | Page |
|---|---|---|---|---|
| F | 051303 | 051303 | H & P | |

HAMOT MEDICAL CENTER . 201 STATE STREET . ERIE, PA 16550 . 814/877-6

0063

HAMOT MEDICAL CENTER 201 STATE STREET • ERIE, PENNSYLVANIA 16550

SENSITIVE
Limited Official Use

dosage is not known.

PAST SURGICAL HISTORY: Is significant for the above L5-S1 discectomy.

SOCIAL HISTORY: Alcohol consumption none. Tobacco use is none. Special diets, none. Primary care physician, none.

FAMILY HISTORY: Noncontributory.

REVIEW OF SYSTEMS: No chest pain or shortness of breath.

PHYSICAL EXAMINATION:

GENERAL: The patient appears to be his above stated age.

HEENT: Normocephalic and atraumatic. Vision and hearing not assessed. Nares are patent. The throat is clear.

NECK: Supple. Trachea is in the midline.

CHEST: Lungs are clear to auscultation.

HEART: Regular rate and rhythm.

ABDOMEN: Soft, nontender. Bowel sounds are auscultated in all quadrants.

GENITORECTAL: Inappropriate to this admission.

EXTREMITIES: Without edema or edema.

NEUROLOGIC: Gait and station are within normal limits. Heel-and-toe is actually carried out without difficulty. The patient has good strength in all of his extremities, and is 5/5. Sensory examination is intact to all modalities with the exception of decreased pin prick along the L5 distribution along the left leg. He has a positive straight leg raising sign on the left side at 20 degrees. The deep tendon reflexes are symmetrical throughout with the exception of a decreased ankle reflex on

5/14/03

H. BEAM, MD
FCI MCKEAN

| Patient Name | Dictated By | MR NO. | Room | Dr. Date |
|---|---|---|---|---|
| COOLEEN ,TIMOTHY | GRACK ,DAVID | 490738 | 4-SOS41001 | |

| Document Number | Date Dictated | Date Transcribed | Type of Report |
|---|---|---|---|
| F | 051303 | 051303 | H & P Page |

HAMOT MEDICAL CENTER . 201 STATE STREET . ERIE, PA 16550 . 814/877-6

0064

HAMOT MEDICAL CENTER 201 STATE STREET • ERIE, PENNSYLVANIA 16550

SENSITIVE
Limited Official Use

the right side.

IMPRESSION:
1. Left L5 radiculopathy secondary to a very large L4-5 disc herniation.

PLAN: The patient will be admitted to Hamot Medical Center one day prior to his surgery to receive an updated MRI study of his lumbar spine. He will be tentatively be taken to the OR on 5/14/2003 for likely an L4-5 semi hemilaminotomy and discectomy.

David M. Grack, PA-C

DMG/slm

cc: Steven A. Gilman, MD
David M. Grack, PA-C

H. BEAM, MD
FCI MCKEAN

| Patient Name | Dictated By | MR NO. | Room | Date |
|---|---|---|---|---|
| COOLEEN ,TIMOTHY | GRACK ,DAVID | 490738 | 4-SOS41001 | |
| Date Dictated | Date Transcribed | Type of Report | | |

0065

HAMOT MEDICAL CENTER 201 STATE STREET • ERIE, PENNSYLVANIA 16550

16213951 COOLEEN ,TIMOTHY 4-SO S41001 NSG PAGE: 1

NURSES NOTES

05/13/03 12:30 NULAV Nurses Note
P: *IMPAIRED PHYSICAL MOBILITY RELATED TO ACUTE PAIN (2)

PT OOB INDEP. MOVES ALL EXTREMITIES. GAIT STEADY.
Charted by: NULAV

05/13/03 15:52 NULAV
PT C/O OF NUMBNESS TO L LATERAL FOOT AND CALF AND TOES 4&5, WEAKNESS IN R LEG.
CHARTED BY: NULAV

05/13/03 12:30 Nurses Note
P: *ALTERATION IN COMFORT (PAIN) RE: SURGICAL PROCEDURE (1)

IV SITE PLACED. STARTED ON MS PCA. WILL MONITOR.
Charted by: NULAV

05/13/03 12:30 Nurses Note
A&OX3. VOIDING QS IN BR. TOL REG DIET WELL. EKG DONE. LEFT FLOOR FOR MRI AND CXR. ALL PULSES PALP. NO EDEMA NOTED. MUSCLE ATROPHY TO R CALF.
CHARTED BY: NULAV

05/13/03 18:10 Nurses Note
VSS, afebr. MRI and CXR done. Pt. using little MS pca with no adverse reactions. L.D. MS pca not necessary. Watching T.V. in bed at this time. No change in assmt.Pt. pleasant and cooperative.
CHARTED BY: NULAV

05/13/03 20:30 NUMMP Nurses Note
P: *IMPAIRED PHYSICAL MOBILITY RELATED TO ACUTE PAIN (2)

pt oob indep to br, rle slightly weaker than lle due to previous surgery, pt has slight limp intermittently to rle when oob
Charted by: NUMMP

05/13/03 20:30 Nurses Note
P: *ALTERATION IN COMFORT (PAIN) RE: SURGICAL PROCEDURE (1)

pt on pca, pt does not use pca, pt states he has pain but "I have been dealing with it for 14 months, why take pain mds now?" will continue to monitor, pt encouraged to use pain meds
Charted by: NUMMP

| NULAV | LISA A. | VENTRESCA | RN CNII | NUMMP | MICHELLE M. | PHILLIPS | RN CNII |
|---|---|---|---|---|---|---|---|

SENSITIVE
Limited Official Use

==========END OF REPORT==========

COOLEEN ,TIMOTHY SEX: M 40
GILMAN STEVEN A 06/20/1962
MR# 490738 PT# 16213951
4-SO
S410-01

ALLERGIES AND REACTIONS:

NURSING CARE NOTES

BEAM, MD
MCKEAN

0066

HAMOT MEDICAL CENTER

201 STATE STREET • ERIE, PENNSYLVANIA 16550

16213951 COOLEEN ,TIMOTHY 4-SO S41001 NSG PAGE: 1

| | | |
|---|---|---|
| COMMUNICATE:<br>PRIMARY LANGUAGE<br>HEARING<br>EYESIGHT | 05/13/03 15:27 NULAV<br>ENGLISH<br>NO PROB<br>NO PROB | |
| EMER CONTACT | 05/13/03 15:27 NULAV<br>SEE TEXT | |

05/13/03 15:27 NULAV

THOMAS COOLEEN -F
home (516)678-2198

| | | |
|---|---|---|
| INFORMANT:<br>PATIENT | 05/13/03 15:27 NULAV<br>+ | |
| COMPLAINT: | 05/13/03 15:27 NULAV<br>SEE TEXT | |

05/13/03 15:27 NULAV
L4-5 DISCECTOMY

| | | |
|---|---|---|
| ADV DIRECTIV<br>ADVANCED DIRECTIVES<br><br>DISCUSSED RIGHTS WITH PATIENT<br>POWER OF ATTORNEY<br>LIVING WILL<br>POWER OF ATTORNEY: | 05/13/03 15:27 NULAV<br>NO<br>+ T<br>+ T<br>No<br>No<br>SEE TEXT | |

05/13/03 15:27 NULAV
PT FAMILIAR W/ AD BUT NOT INTERESTED +
05/13/03 15:27 PT RIGHTS3
DISCUSS W/ PT - QUESTIONS ANSWERED +
05/13/03 15:27 POWER/ATTORN
PATRICIA COOLEEN (MOTHER)

| | | |
|---|---|---|
| MEDICATIONS:<br><br>PT COMPLIANCE WITH MED USE<br>PT MEDS IN CUPBOARD | 05/13/03 15:27 NULAV<br>SEE TEXT<br>SEE TEXT<br>YES<br>+ | |

05/13/03 15:27 NULAV

| | | | |
|---|---|---|---|
| ATENOLOL | 25MG QD | | 5/13 AM |
| HCTZ | 25MG 1/4 TAB | QD | 5/13 AM |

05/13/03 15:27

SENSITIVE
Limited Official Use

| | | |
|---|---|---|
| MVI | 1 QD | 5/13 AM |
| VIT E | 2TABS QD | 5/13 AM |
| VIT C | 2TABS QD | 5/13 AM |

| | | |
|---|---|---|
| HABITS:<br>CAFFEINE USE<br>CAFFEINE SVGS/WEEK<br>ALCOHOL USE | 05/13/03 15:27 NULAV<br>YES<br>1<br>NO | |
| SOCIAL HX:<br>ADMISSION FROM: | 05/13/03 15:27 NULAV<br>SEE TEXT | |

05/13/03 15:27 NULAV ADM FROM:

| | | |
|---|---|---|
| DOMESTIC ABU<br>SUSPECTED ABUSE? | 05/13/03 15:27 NULAV<br>No | |
| PREHOSP FUNC<br>HYGIENE<br>DRESSING<br>EATING<br>COMMUNICATION<br>AMBULATION<br>HISTORY OF FALLS | 05/13/03 15:27 NULAV<br>Independ<br>Independ<br>Independ<br>Independ<br>Independ<br>No | |
| PT MED HX<br>YEAR OF SURGERY/ADMISSION<br>ANESTHESIA PROBLEMS<br>PATIENT HISTORY OF CANCER<br>PATIENT HISTORY OF DIABETES | 05/13/03 15:27 NULAV<br>SEE TEXT<br>NO<br>NONE<br>NONE | |

GROUP CONTINUED

COOLEEN ,TIMOTHY SEX: M 40
GILMAN STEVEN A 06/20/1962
MR# 490738 PT# 16213951
4-SO
S410-01

ALLERGIES AND REACTIONS:

H. BEAM, MD
FCI MCKEAN

PATIENT HISTORY



0067

HAMOT MEDICAL CENTER

201 STATE STREET • ERIE, PENNSYLVANIA 16550

16213951 COOLEEN ,TIMOTHY 4-SO S41001 NSG PAGE: 2

| | 05/13/03 15:27 |
|---|---|
| PT MED HX CONTINUED | |
| PATIENT HISTORY OF ORTHOPEDIC | + T NULAV |
| PATIENT HISTORY OF NEUROLOGY | + |
| NUMBNESS | + |
| TINGLING | + |
| WEAKNESS | + |
| DIZZY/SYNCOPE/LOC | SEE TEXT |
| PT HISTORY OF HEART DISEASE/H | + |
| HYPERTENSION | + |
| YRS WITH HYPERTENSION | 4 |
| USUAL BLOOD PRESSURE | 120/62 |
| HTN MEDICATION CONTROLLED | + |
| HEART DISEASE/HTN CONTINUED | + |
| LAST EKG DATE | SEE TEXT |
| PATIENT RESPIRATORY HISTORY | NONE |
| PATIENT HISTORY OF GI PROBLEM | NONE |
| PATIENT HISTORY OF UROLOGY | NONE |
| PATIENT HISTORY LIVER/HEPATIT | NONE |
| PATIENT REPRODUCTIVE HISTORY | NONE |
| PATIENT HISTORY OF LYMPHEDEMA | NONE |
| PATIENT HISTORY OF PAIN | + |
| OTHER PATIENT HISTORY | NONE |

05/13/03 15:27 NULAV SURGERY YR1
WISDOM TEETH
15 S1 LAMI
05/13/03 15:27 ORTHO PROB
HX FX WITHOUT SX
05/13/03 15:27 DIZZY/LOC
RLE SL WEAK
LLE NUMB/TING TOES #4-5 AND LATERAL FOOT AND CALF
05/13/03 15:27 LAST EKG
5/13/03
05/13/03 15:27 PAIN
L FLANK AND LLE PAIN

| | 05/13/03 15:27 |
|---|---|
| FAMILY HX | NULAV |
| HIGH BLOOD PRESSURE | |

* NULAV LISA A. VENTRESCA RN CNII

SENSITIVE
Limited Official Use

END OF REPORT

COOLEEN ,TIMOTHY SEX: M 40
GILMAN STEVEN A 06/20/1962
MR# 490738 PT# 16213951
4-SO
S410-01

ALLERGIES AND REACTIONS:

PATIENT HISTORY

EAM, MD
MCKEAN

0068

HAMOT MEDICAL CENTER 201 STATE STREET • ERIE, PENNSYLVANIA 16550

16213951 COOLEEN ,TIMOTHY 4-SO S41001 NSG PAGE: 1

| | | | | |
|---|---|---|---|---|
| ASSESS SUMM<br>ASSESSPERF | 05/13/03 12:30<br>C NULAV | 05/13/03 13:25<br>C NULAV | 05/13/03 15:08<br>C NULAV | 05/13/03 15:27<br>C NULAV |
| VITAL SIGNS | 05/13/03 12:00 | 05/13/03 15:08 | 05/13/03 16:00 | |
| TEMPERATURE | 97.9 NUJTT | 97.9 NULAV | 98.0 NUAKZ | |
| RADIAL PULSE | 55 | 55 | 63 | |
| RESPIRATORY RATE | 16 | 16 | 16 | |
| BLOOD PRESSURE | 150/78 | 150/78 | 133/78 | |
| BP #1 POSITION | | - | | |
| BP#2 POSITION | | | | |
| FEET | | 5 | | |
| INCHES | | 010.00 | | |
| POUNDS | | 180 | | |
| OUNCES | | 0000.00 | | |
| BMI CALC | | 25.88 | | |
| PAIN | 05/13/03 15:08 | 05/13/03 16:00 | | |
| PAIN AREA 1 | L FLANK NULAV | | | |
| PAIN VAS AREA 1 | | 4 NUAKZ | | |
| CHRONIC PAIN AREA 1 | + | | | |
| PAIN AREA 2 | LLE | | | |
| CHRONIC PAIN AREA 2 | + | | | |

BODY FIGURE
05/13/03 15:08 NULAV BODY FIGURE

FRONT BACK

A = Abrasion
AP= Amputation
B = Burn
E = Ecchymosis
GSW= Gun Shot Wnd
H = Hematoma
I = Incision
L = Laceration
LS = Sutured
SW = Stab Wound
SC = Scar
SP = Splint
SU = Statis Ulcer
PU = Pressure Ulc

(R) (L) (L) (R)

SENSITIVE
Limited Official Use

| | |
|---|---|
| CIRCULATORY | 05/13/03 15:08 |
| RHYTHM | Regular NULAV |
| BLEEDING | None |
| EDEMA NONE | + |
| PULSE PRESENT | + |
| SKIN TEMPERATURE | Normal |
| SKIN COLOR NORMAL | + |
| SKIN MOISTURE | Normal |
| RESPIRATORY | 05/13/03 15:08 |
| SPONTANEOUS RESPIRATIONS | + NULAV |
| BREATH SNDS PRESENT/CLEAR | + |
| NO COUGH | + |
| NO SPUTUM | + |
| NEUROLOGICAL | 05/13/03 15:08 |
| ORIENTED TO PERSON | + NULAV |
| ORIENTED TO PLACE | + |
| ORIENTED TO TIME | + |
| AWAKE/ALERT | + |
| ERLA | + |
| NUMBNESS | + |
| TINGLING | + |
| SPEECH CLEAR | + |
| MOTOR STRENGTH NWNL | + |
| RLE WEAKNESS | + |
| MOTOR STRENGTH COMMENTS | SEE TEXT |
| NEURO COMMNT | SEE TEXT |

05/13/03 15:08 NULAV COMMENTS
SL WEAKNESS
05/13/03 15:08 NEURO COMMNT
PT C/O NUMB AND TING IN L TOES #4-5. INTERMITTANT NUMBNESS TO LATERAL L FOOT AND CALF.

| | | |
|---|---|---|
| MOBILITY/ADL | 05/13/03 12:30 | 05/13/03 15:08 |
| BATHING | | Indep NULAV |
| DRESSING | | Indep |
| FEEDING | | Indep |

GROUP CONTINUED

COOLEEN ,TIMOTHY SEX: M 40
GILMAN STEVEN A 06/20/1962
MR# 490738 PT# 16213951
4-SO
S410-01

ALLERGIES AND REACTIONS:

ADMISSION ASSESSMENT

BEAM, MD
CI MCKEAN



0069

HAMOT MEDICAL CENTER 201 STATE STREET • ERIE, PENNSYLVANIA 16550

16213951 COOLEEN ,TIMOTHY 4-SO S41001 NSG PAGE: 2

SENSITIVE
Limited Official Use

| | 05/13/03 12:30 | | 05/13/03 15:08 | |
|---|---|---|---|---|
| MOBILITY/ADL CONTINUED | | | | |
| TOILETING INDEPENDENT | | | + | NULAV |
| AMBULATION INDEPENDENT | | | + | |
| ROM UNLIMITED | | | + | |
| FALL RISK SCORE | 2 | NULAV | 3 | |
| MEDS INCREASING RISK | | | + | |
| NUMBNESS/WEAKNESS | + | | + | |
| WOUND/SKIN RISK ASSESS SCORE | 0 | | 0 | |
| AWAKE/ALERT | + | | + | |
| FECAL INCONT-OCC'L NEVER | + | | + | |
| NUTRITION-ADEQUATE/GOOD | + | | + | |
| SAFE MOBILITY | + | | + | |

| | 05/13/03 12:30 | | 05/13/03 15:08 | |
|---|---|---|---|---|
| NUTRITION | | | | |
| ROOM SERVICE - SELECT | + | NULAV | + | NULAV |
| % LUNCH | 100 | | | |
| REGULAR DIET | + | | + | |
| RISK ADEQUATE | + | | + | |
| NO NAUSEA | + | | + | |

| | 05/13/03 15:08 | |
|---|---|---|
| URINARY ELIM | | |
| PT REPORTED URINE CHARAC | | NULAV |
| VOIDING QS | + | |

| | 05/13/03 15:08 | |
|---|---|---|
| BOWEL ELIM | | |
| ABDOMEN SOFT | + | NULAV |
| RUQ BOWEL SOUNDS | Normal | |
| LUQ BOWEL SOUNDS | Normal | |
| RLQ BOWEL SOUNDS | Normal | |
| LLQ BOWEL SOUNDS | Normal | |
| BOWEL PATTERNS UNCHANGED | + | |

| | 05/13/03 13:25 | | 05/13/03 15:08 | |
|---|---|---|---|---|
| IV THERAPY | | | | |
| IV COMMENTS | SEE TEXT | NULAV | SEE TEXT | NULAV |

05/13/03 13:25 NULAV IV COMMNTS
H.L.placed to R1 for inf. of .9NSS and MS pca.
05/13/03 15:08 IV COMMNTS
22G HEP LK TO R1. .9NSS INFUSING KVO WITH MS PCA.

| | 05/13/03 15:08 | |
|---|---|---|
| WOUND/SKIN | | |
| SKIN INTACT | + | NULAV |

| | 05/13/03 12:30 | | 05/13/03 15:08 | |
|---|---|---|---|---|
| PSYCHOSOCIAL | | | | |
| INTERACTS /COMMUNICATES W OTH | + | NULAV | + | NULAV |
| SUPPORT SYSTEM/FAMILY INVLVD | + | | + | |
| EXPRESS HOPEFULNESS | + | | + | |

| | 05/13/03 15:08 | |
|---|---|---|
| D/C PLANNING | | |
| Case Reviewed with | + | NULAV |
| PATIENT | + | |
| Patient/Family Meeting | + | |
| PATIENT UPDATED ON PLAN OF CA | + | |

| | 05/13/03 15:27 | |
|---|---|---|
| ADV DIRECTIV | | |
| ADVANCED DIRECTIVES | NO | NULAV |
| | + | T |
| POWER OF ATTORNEY | No | |
| LIVING WILL | No | |
| POWER OF ATTORNEY: | SEE TEXT | |

05/13/03 15:27 NULAV
PT FAMILIAR W/ AD BUT NOT INTERESTED
05/13/03 15:27 POWER/ATTORN
PATRICIA COOLEEN (MOTHER)

| | 05/13/03 12:30 | | 05/13/03 15:08 | |
|---|---|---|---|---|
| PT EDUCATION | | | | |
| NO BARRIERS | + | NULAV | + | NULAV |
| LEARNER - PATIENT | + | | + | |
| TOPIC | + | T | + | T |
| READINESS - INTERESTED | + | | + | |
| TEACHING TOOLS - VERBAL | + | | + | |
| TEACHING TOOLS - DEMONSTRATIO | + | | + | |
| EVAL: VERBALIZES UNDERSTANDIN | + | | + | |

05/13/03 12:30 NULAV TOPIC
PCA PUMP, CALL BELL, MENU
05/13/03 15:08 TOPIC
PCA PUMP, CALL BELL,MENU

COOLEEN ,TIMOTHY SEX: M 40
GILMAN STEVEN A 06/20/1962
MR# 490738 PT# 16213951
4-SO
S410-01

ALLERGIES AND REACTIONS:

H.BEAM, MD
FCI MCKEAN

6/4/03

ADMISSION ASSESSMENT

0070

HAMOT MEDICAL CENTER 201 STATE STREET • ERIE, PENNSYLVANIA 16550

16213951 COOLEEN ,TIMOTHY 4-SO S41001 NSG PAGE: 3

FREETEXT CMT | 05/13/03 15:08 |
Freetext Cmts Page 1: | SEE TEXT NULAV |
05/13/03 15:08 NULAV Freetext Cmt
PT TO FLOOR SAFELY AT APPROX. 1230. VSS. INDEP ADLS. EKG DONE. PT TO MRI AND CXR.

| * NUAKZ | AUDREY K. | ZAJKOWSKI | PCA I | NUJTT | JEANNETTE | TORRES | PCA II * |
|---|---|---|---|---|---|---|---|
| * NULAV | LISA A. | VENTRESCA | RN CNII | | | | * |

SENSITIVE
Limited Official Use

END OF REPORT

COOLEEN ,TIMOTHY SEX: M 40
GILMAN STEVEN A 06/20/1962
MR# 490738 PT# 16213951
4-SO
S410-01

ALLERGIES AND REACTIONS:

ADMISSION ASSESSMENT

H. BEAM, MD
FCI MCKEAN

07/30/2003 09.. AM

PAGE 1 OF 2

0071

HAMOT MEDICAL CENTER DEPT OF RADIOLOGY 201 STATE STREET ERIE, PA 16550

Comp

PATIENT: COOLEEN, TIMOTHY
ADDRESS: POB 8000
BRADFORD, PA 16701
AGE: 40Y SEX: M
BIRTHDATE: 06/20/1962

MEDICAL RECORD NO: 490738

ORDER NUMBER: 90002
DIAGNOSIS: RADANAPOTHY

#10272-055

ATTENDING DR: GILMAN, STEVEN
ORDERING DR: GILMAN, STEVEN

REASON FOR EXAM:
LUMBAR DISC HERNIATION

HOSPITAL SVC: NSG
ROOM NO: 4-SO S41001

ACC#: 2274829 C99
NON-IONIC REASON:
PATIENT NO: 16213951

RAD NO: 362093
TECH COMMENTS:

IF THE READER OF THIS TRANSMISSION IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS REPORT IS PROHIBITED.

---

***Signed***

SENSITIVE
Limited Official Use

May 13 2003 - MRI LSPINE SPINAL CAN WO/C,W/C & SEQ 90002

RESULT: LUMBAR MRI:

The study was accomplished in the sagitta and axial plane utilizing standard pulse sequences. I have no previous studies for comparison. Additional imaging was obtained after Gadolinium administration. The cord terminates in the upper lumbar spine at the L1 vertebral body level. The L2-3 disc is normal in contour and signal intensity. At the L3-4 level, there is mild facet arthropathy. I see no evidence of focal posterolateral disc herniation.

At the L4-5 level, there is disc dessication with diffuse bulging and facet arthropathy. There is a focal area of increased signal intensity on T2 weighted sequence which I suspect represents an annular tear.

There is modest facet arthropathy at the lumbosacral junction. There is distortion of the thecalsac on the right. I presume this is postoperative in nature. My index of suspicion for residual or recurrent disc herniation is low.

IMPRESSION:

SPONDYLOSIS AS NOTED. FACET ARTHROPATHY IS SEEN L3-4, L4-5 AND AT THE L5-S1 LEVEL. I SUSPECT THE PATIENT HAS HAD PREVIOUS SURGICAL INTERVENTION ON THE RIGHT AT THE LUMBOSACRAL JUNCTION. MY INDEX OF SUSPICION FOR RESIDUAL OR RECURRENT DISC HERNIATION IS LOW.

TRANSCRIBED BY: TLN, May 13 2003 3:29P
READING RADIOLOGIST: JOSEPH P NEDRESKY

REVIEWED BY: [signature] 7/30/03
BEAM, MD
MCKEAN

# 10272-055

0072

D/C Diagnosis / Procedure:

| MEDICATION | DOSAGE | FREQUENCY | SPECIAL INSTRUCTIONS | NEXT DOSE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

SENSITIVE
Limited Official Use

☐ Coumadin (Warfarin) Next blood draw ______ Results will be reported to Dr. ______

You should be aware that medications may have more than one name. Please check with your family doctor or pharmacist prior to taking any additional vitamin herbal remedies, over the counter medications, or other prescription medications not listed here as some medications have two or more names.

FOLLOW UP CARE

| PHYSICIAN / AREA TO CONTACT | | DATE / TIME | PHONE NUMBER |
|---|---|---|---|
| 1. Dr. Gilman Gilman | ☒ CALL TO SCHEDULE | 8/20 wed 11:00 / 814 459 1013 | 3 mos. |
| 2. | ☐ CALL TO SCHEDULE | | |
| 3. | ☐ CALL TO SCHEDULE | | |

☐ Home Health Agency ______ Phone # ______

☐ Rehab Services ______ Phone # ______

| DIET | ACTIVITY / SAFETY |
|---|---|
| ☒ REGULAR<br>☐ SPECIAL<br>☐ OTHER: | ☐ RETURN TO REGULAR ACTIVITY<br>DRIVE ☐ Yes ☐ No<br>SEXUAL ACTIVITY ☐ Yes ☐ No<br>☐ BEDREST ☐ NO HEAVY LIFTING<br>☐ UP WITH ASSISTANCE (cane, crutches, walker, etc.)<br>SPECIAL INSTRUCTIONS: Call MD with any concerns. |

WOUND CARE / OTHER:

☐ PATIENT MONOGRAPHS GIVEN/REVIEWED FOR DISCHARGE MEDICATIONS.

Patient / Family verbalizes or demonstrates understanding of instructions

X [signature] 6/4/03

SIGNATURE OF PATIENT / PATIENT REPRESENTATIVE AND DATE

H. BEAM, MD
FCI MCKEAN

Phone # where patient can be reached 814-362-8900

X [signature] 6/4/03 [signature]

SIGNATURE OF PHYSICIAN / NURSE AND

# 10272-055

COOLEEN
TIMOTHY
GILMAN STEVEN A
490738
POB 8000
PA 16701
40Y M
06/20/1962
S41001

0073

# HAMOT MEDICAL CENTER

201 STATE STREET • ERIE, PENNSYLVANIA • 814-877-6000

NPP: N 03:22 05/13/03 ISOL: N/A

MED. REC. NO. 490730

PATIENT NAME AND ADDRESS AKA
COOLEEN ,TIMOTHY
POB 8000
BRADFORD PA 16701

ADMISSION DATE / TIME: 05/13/03 00:05 | ROOM / BED: S41001 | TYPE / SERVICE: S NSG | PATIENT NUMBER: 1671395

ADM. PHYS. 630152 GILMAN STEVEN A
ATT. PHYS. 630152 GILMAN STEVEN A
REF. PHYS.
FAM. PHYS. 759969 NONE -NO FAMILY DOCTOR
ADMITTING DIAGNOSIS: LUMBAR DISC HERNIATION LT 4-5 DISCETOMY

RES. | ADV. DIR. | CHAN TO A

| BIRTHDATE | AGE | BRTH PL | SEX | M/S | RACE | FIN. CL. |
|---|---|---|---|---|---|---|
| 06/20/1962 | 40 | | M | S | W | C |

TELEPHONE: 8143628900 | SOCIAL SEC. NUMBER: 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 | ADM. SOURCE: PA

RELIGION: OTR UNK
REFERRAL SOURCE
EMPLOYER: UNEMPLOYED
ERIE
PA 16501-
OCCUPATION
EMERGENCY CONTACT

GUARANTOR P
COOLEEN ,TIMOTHY UNEMPLOYED
POB 8000
BRADFORD PA ERIE PA
16701- 814-362-8900 16501-

PREV. ADM. DATE | LAST ADM / OP. NAME | ACCIDENT DATE / TIME

NEXT OF KIN

1st U S MARSHAL SERVI W
2nd
3rd
4th

SENSITIVE ...EEN ,TIMOTHY
Limited Official Use

M/A INFO
83

| COUNTY / BORO / TWP. | VIS. IMP. | HEAR IMP. | SMOKER | ADM. BY | PREVIOUS ADM. NO. |
|---|---|---|---|---|---|
| | | | | V P | |

**FINAL DIAGNOSIS** — CODE

PRINCIPAL DIAGNOSIS:

SECONDARY DIAGNOSIS:

COMPLICATIONS:

**OPERATIVE PROCEDURES** — CODE

DATE / PRINCIPAL PROCEDURE:

DATE / SECONDARY PROCEDURE

PATIENT TRANSFERRED TO PHYSICIAN:

DISCHARGE DATE
DISCHARGE TIME ☐ AM ☐ PM
TRANS. DESTINATION

SPECIAL UNITS: ☐ MCICU ☐ SPICU ☐ NEON ☐ ____ DAYS

DISP. STATUS: ☐ ROUTINE ☐ EXPIRED ☐ AMA ☐ REHAB FACILITY ☐ TRANS HOSP ☐ HOME HEALTH CARE ☐ TR F

I certify that the narrative ... the principal secondary diagnoses and the ... procedures perform accurate and complete to the ... knowledge.

[signature] ... BREAM MD ... McKEAN

MAY-21-2003 09:22 TRI STATE NEUROLOGICAL 814 459 0435 P.02

0074

CONSULTATION SHEET

CONSULTATION REQUEST

MAY-20-2003

513-110

MEDICAL RECORD

REQUEST

TO: Dr Gilman neurosurgery

FROM: (Requesting physician or activity) FCI McKean Dr Beam

REASON FOR REQUEST (Complaints and findings)

40 y/o ♂ ē herniated disc Ⓛ L4-5. needs surgery

PROVISIONAL DIAGNOSIS herniated Ⓛ L4-5 disc

DOCTOR'S SIGNATURE

APPROVED

PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL

☐ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO

PATIENT EXAMINED ☐ YES ☐ NO

Patient did not have his surgery. Dr Gilman wants to see the patient in 3 months to see how he is doing. He has an appt scheduled for 8-20-03. @ 11:00 AM.

SENSITIVE

Limited Official Use

(Continue on reverse side)

H. BEAM, MD
FCI MCKEAN

REVIEWED BY: 5/21/03

SIGNATURE AND TITLE

IDENTIFICATION NO.

ORGANIZATION

REGISTER NO. 10272-055

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

To be admitted on: 5-13-03

Attention: Shelly

Timothy Coollen

CONSULTATION SHEET

Medical Record

STANDARD FORM 513

FAX MEMO

PAGES 3

TO Dr. Gilman

FROM Dr. Beam

0075

TRISTATE NEUROLOGICAL SURGEONS
Modern Tool Square Building, Suite 206
333 State Street, Erie, PA 16507
814-459-1013

Brian E. Dalton, M.D.
*Diplomat of the American Board of Neurological Surgeons*

Steven A. Gilman, M.D.
*Diplomat of the American Board of Neurological Surgeons*

Daniel V. Loesch, M.D.
*Diplomat of the American Board of Neurological Surgeons*

Isam A. Khoja, M.D.
*Board Eligible American Board of Neurological Surgeons*

May 23, 2003

Dr. Bean
Federal Correctional Institution, McKean
P.O. Box 5000
Bradford, PA 16701-0930

**SENSITIVE**
**Limited Official Use**

RE: TIMOTHY COOLEEN # 10272-055

Dear Dr. Bean:

I wanted to let you know that we did not operate on Timothy Cooleen. When he came into the hospital, we did an MRI scan as we had planned to do the day before. He had not had one in almost a year and I wanted to have new one before we did his surgery. The new MRI scan showed complete resolution of the herniated disc. There was just nothing there. It just naturally healed on its own, as we know can happen. He was still having occasional radiating pains down his legs but he clearly admits that it was better than it was. I told him that I just can't see operating on somebody who doesn't have a pinched nerve. I'm not sure what I'd exactly be doing. I think he's still feeling it in the nerve occasionally because the nerve has been hit pretty hard and it just may act funny from a little bit of focal demyelination that went on from that but I can't fix that. I just can't ethically offer him surgery for this. I'm glad it's gone away on its own.

This is not however the end of this problem. It must be understood he can get this back anytime. He has had a tear in his annulus of the disc, some of the nucleus has come out, and its resolved over time but he has a hole in the disc and he has to be pretty cautious here for awhile or he's going to blow more out. So, I think it's something he's going to have to battle over time and hopefully it won't happen again but it's not at all to be construed that his problem is gone and that he's perfect and that there's nothing wrong with him now. I think we probably ought to see how he's doing in about 3 months and go from there. I'd keep him on light duty stuff, however. If you have any questions, please let me know.

Sincerely,

[signature]

REVIEWED BY: [signature] 5/29/03
H. BEAM, MD
FCI MCKEAN

Steven A. Gilman, M.D.
SAG:dtf

0076

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5/13/03 0700 | Admit Note. Inmate is waiting for back surgery, he will be advised to stay for a couple of days. D. Olson, MD Clinical Director |
| 5/14/03 1100 | Admit Note. Inmate had MRI, neurosurgeon says that he doesn't require surgery. He's discharged from hospital. D. Olson, MD Clinical Director |
| 6/18/03 1200 | Utilization review declined request for PT appt c neurosurgeon. Disc herniation resolved completely. F/u CC Clinic July '03 H. BEAM, MD FCI MCKEAN |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | SENSITIVE | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| | | Limited Official Use | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 10272-035

WARD NO

Cooley, Timothy

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

0077

DATE

CAMP CLINIC HTN

6/25/03 1210 | 9/4/40 - birthday Friday feeling ok Back-H - Pain move L to R some good day. Some bad I told him will renew declined to send back out | wgt 185 BP 124/70 P 68 T 97.8

O) looks ok HEENT. neg
Chest clear
heart ok
Can't SLT
EHL 5 on L 3 on R

A) HTN - chronic L low back pain
L L4-5 disc herniation which resolved may have post disc scarring → pain

P) PT ed. exercise
Atenolol 25 mg i po QD #30 RF2
HCTZ 25 mg i po QD #30 RF2
CB 3 mo

[signature]
H. BEAM, MD
FCI MCKEAN

Timothy Cooleen 10272-055

STANDARD FORM 600 (REV. 6-97) BACK

0078

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DR OLSON | DATE: 7/7/03 |
|---|---|
| FROM: TIMOTHY Cooleen | REGISTER NO.: 10272055 |
| WORK ASSIGNMENT: MEDKALLY UNASSIGNED | UNIT: F |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

ON JUNE 25th 2003 Dr. Beam informed me that my appointment with Dr. Gilman (Neurosurgeon) was denied/Cancelled by the Utilization Review Committee. Though a Discectomy was recommended against on May 14th 2003, Dr Gilman said he could not rule out a Fragment or other complications, such as adhesions to my spinal cord, resulting from the delay in necessary treatment. This 3 month period until my appt. of August 20th 2003 was to Chart the level and types of pain I am still enduring so a proper course of treatment could be determined. He reiterated the fact that surgery may still be necessary. This denial of prescribed follow-up appointment is clearly and deliberately indifferent to a Serious medical need. My injury, and current state of continuous pains remains a threat to my future health, mobility, and employability. Please forward the Names & Titles of EAch member of the Utilization Review Committee who took part in this decision, So a proper grievance can be filed. THANK YOU, [signature] (2nd Request)

(Do not write below this line)

DISPOSITION:

The neurosurgeon says that surgery is not indicated at this time. We will continue to follow you. If you are having any problems, please fill out a sick call form so you can be evaluated.

SENSITIVE
Limited Official Use

| Signature Staff Member [signature] | Date 7/8/03 |
|---|---|

0079

BP-S148.055 INMATE REQ ST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Dr. Olson | DATE: 7/9/03 |
|---|---|
| FROM: Timothy Cooleen | REGISTER NO.: 10272055 |
| WORK ASSIGNMENT: Medically Unassigned | UNIT: F |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I appreciate your timely response to my Request dated 7/7/03 (attatched), but in your haste, you neglected to answer my question.

Please foward the names and Titles within the B.O.P of those members of the Utilization Review committee who denied/Cancelled my follow-up appointment with Dr. Gilman.

Thank you,
Timothy McCoolen

(Do not write below this line)

DISPOSITION:

Dr Olson referred This To me - I do not recall everyone who was at The committee meeting - it changes depending on who is available

SENSITIVE
Limited Official Use

Signature Staff Member [signature] H. BEAM, MD FCI MCKEAN | Date 7/15/03

Record Copy - File; Copy - Inmate

This form replaces BP-148.070 dated Oct 86

0080

AUTHORIZED FOR LOCAL REPRODUCTION

N 7540-00-634-4176

MEDICAL RECORD

CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/22/03 0835 | [handwritten entry, largely illegible] ... pain 24 hrs per day - pain 8-9/10 most days ... Hip flex 45°, ext 5° ... patella DTR bilat 2+ ... States has aspirin ... F/u PRN<br>T. Montgomery, MLP AHSA |
| 8/20/03 1230 | Util review - Turned down request for F/u neurosurg appt instead - ortho F/U |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

SENSITIVE
Limited Official Use

H. BEAM, MD FCI McKEAN

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 10272-055 | WARD NO.

Cooleen, Timothy

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

0081

MEDICAL RECORD | CONSULTATION SHEET

REQUEST

TO: Orthopedic Surgeon

FROM: (Requesting physician or activity) Dennis Olson, MD, CHP

DATE OF REQUEST: 8/11/03

REASON FOR REQUEST (Complaints and findings)

40 yo c continued (L) leg pain associated with involved HNP (L) L4-5 (see neuro. consult)

SENSITIVE
Limited Official Use

PROVISIONAL DIAGNOSIS: (1) HNP L4-5

DOCTOR'S SIGNATURE: Dennis Olson MD
D. OLSON, MD

APPROVED

PLACE OF CONSULTATION: ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY

CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO

8/20/2003 [illegible handwritten consultation notes]

(Continue on reverse side)

SIGNATURE AND TITLE: [signature]

DATE: 8/20/2003

IDENTIFICATION NO. | ORGANIZATION: FCI MCKEAN HEALTH SERVICES | REGISTER NO. 10272-055 | WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

(Camp) Cook, Timothy

Date 8/

0082

BP-S354.060 **INTAKE SCREENING (MEDICAL)** CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| USP Lewisburg | 09/11/03 | 1300 |

| Inmate's Name | Register Number |
|---|---|
| COOLEEN, TIMOTHY | 10272-055 |

**M E D I C A L C L E A R A N C E**

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

3. Approved for Temporary Work Assignment? ☒ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers: OK for Continued Transport? ☒ yes; ☐ no (Explain)

**SENSITIVE**
**Limited Official Use**

5. Disabilities? ☐ yes ☒ no (If yes, enter code(s) into MDS)
Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|
| Paul Clemens, PA-C [signature] | 09/11/03 | 1300 |

Medical Staff Title PA

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-S354(60) of APRIL 19 and BP-S35[illegible] [illegible] 1994

0083

BP-S354.060 **INTAKE SCREENING (MEDICAL)** CDFRM
NOV 94
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution FMC-SCH | Date of Arrival 9-15-03 | Time of Arrival |
|---|---|---|

| Inmate's Name Cooleen, Timothy | Register Number 10272-055 |
|---|---|

**M E D I C A L   C L E A R A N C E**

1. BP-149(60) reviewed? ☑ yes; ☐ no (Explain)

2. General Population Housing Approved? ☑ yes; ☐ no (Specify limitation or need)

   Lower bunk.

3. Approved for Temporary Work Assignment? ☑ yes; ☐ no (Specify limitations or exclusions)

4. For Holdovers: OK for Continued Transport? ☑ yes; ☐ no (Explain)

SENSITIVE
Limited Official Use

5. Disabilities? ☑ yes ☐ no (If yes, enter code(s) into MDS)
   Code(s)

6. Remarks:

| Medical Staff Signature | Date | Time |
|---|---|---|

Medical Staff Title F. ORTIZ, IMG
FCI SCHUYLKILL

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-[illegible] of APRIL 1990 and BP-S55[illegible] 1994

0084

SENSITIVE
Limited Official Use

U.S. Department of Justice
Federal Bureau Of Prisons

MEDICAL HISTORY REPORT

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

1. LAST NAME—FIRST NAME—MIDDLE NAME: COOLEEN TIMOTHY MICHAEL

2. REGISTER NUMBER: 10272055

3. PURPOSE OF EXAMINATION: INTAKE

4. DATE OF EXAMINATION: 9-15-03

5. EXAMINING FACILITY: FPC SCHUYLKILL

6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint arises)

HTN
Herniated disc L4-L5

7. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | X | Lived with anyone who had tuberculosis |
| | X | Coughed up blood |
| | X | Bled excessively after injury or tooth extraction |
| | X | Attempted suicide |
| | X | Been a sleepwalker |

8. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | X | Wear glasses or contact lenses |
| X | | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

9. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | | X | Scarlet fever |
| | | X | Rheumatic fever |
| | X | | Swollen or painful joints |
| | X | | Frequent or severe headache |
| | X | | Dizziness or fainting spells |
| | X | | Eye trouble |
| | X | | Ear, nose, or throat trouble |
| | X | | Hearing loss |
| | X | | Chronic or frequent colds |
| | X | | Severe tooth or gum trouble |
| | X | | Sinusitis |
| | X | | Hay Fever |
| | X | | Head injury |
| | X | | Skin diseases |
| | X | | Thyroid trouble |
| | X | | Tuberculosis |
| | X | | Asthma |
| | X | | Shortness of breath |
| | X | | Pain or pressure in chest |
| | X | | Chronic cough |
| | X | | Palpitation or pounding heart |
| | X | | Heart trouble |
| 1) X | | | High or low blood pressure |
| 2) X | | | Cramps in your legs |
| | X | | Frequent indigestion |
| | X | | Stomach, liver, or intestinal trouble |
| | X | | Gall bladder trouble or gallstones |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| (3) X | | | Adverse reaction to serum drug or medicine SULFA DRUGS |
| (4) X | | | Broken bones |
| | X | | Tumor, growth, cyst, cancer |
| | X | | Rupture/hernia |
| | X | | Piles or rectal disease |
| | X | | Frequent or painful urination |
| | X | | Bed wetting since age 12 |
| | X | | Kidney stone or blood in urine |
| | X | | Sugar or albumin in urine |
| | X | | VD—Syphilis, gonorrhea, etc. |
| | X | | Recent gain or loss of weight |
| | X | | Arthritis, Rheumatism, or Bursitis |
| | X | | Bone, joint or other deformity |
| (5) X | | | Lameness Right LEG 20% |
| | X | | Loss of finger or toe |
| | X | | Painful or "Trick" shoulder or elbow |
| (6) X | | | Recurrent back pain |
| | X | | "Trick" or locked knee |
| (7) X | | | Foot trouble Rt Numb |
| (8) X | | | Neuritis |
| (9) X | | | Paralysis (include infantile) Rt leg |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | X | | Epilepsy or fits |
| | X | | Car, train, sea or air sickness |
| | X | | Frequent trouble sleeping |
| | X | | Depression or excessive worry |
| | X | | Loss of memory or amnesia |
| | X | | Nervous trouble of any sort |
| | X | | Periods of unconsciousness |
| | X | | Have you ever had homosexual contact? |
| | X | | Been exposed to AIDS |
| | X | | Alcohol Use (Excessive) |
| | X | | Drug Use/Addiction |
| | X | | Marijuana |
| | X | | Cocaine |
| | X | | Heroin |
| | X | | L.S.D. |
| | X | | Amphetamines |
| | - | | Others: (Specify) |
| | X | | Alcohol or drug Withdrawal Problems |

10. FEMALES ONLY HAVE YOU EVER

| YES | NO | DON'T KNOW | |
|---|---|---|---|
| | | | Been treated for a female disorder |
| | | | Had a change in menstrual pattern |
| | | | ARE YOU PREGNANT |
| | | | SUSPECT YOU ARE PREGNANT |




0085

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | X | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | X | 18. Have you ever had any illness or injury other than those already noted? *(If yes, specify when, where, and give details.)* |
| | X | B. Inability to perform certain motions. | X | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* DISC 1999 |
| | X | C. Inability to assume certain positions. | | | |
| | X | D. Other medical reasons *(If yes, give reasons.)* | | X | 20. Have you ever been rejected for military service because of physical, mental, or other reason? *(If yes, give date, and reason, for rejections.)* |
| | X | 14. Have you, ever been treated for a mental condition? *(If yes, specify when, where, and give details).* | | X | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.)* |
| | X | 15. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | | |
| ✓ | | 16. Have you had, or have you been advised to have, any operations? *(If yes, describe and give age at which occured.)* HNP L5 S1 3-24-99 | | X | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* |
| X | | 17. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* Buffalo General Hosp 3-99 Surgery | | | |

EXPLANATION: (#13-22 ABOVE)

SENSITIVE
Limited Official Use

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE

SIGNATURE [signature]

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT ____ (TRANSFER) ____ P.V. ____

OTHER ____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED. WHEN WERE THEY LAST USED: HAVE THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? N/A

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES ____ (NO)

WHAT ARRANGEMENTS HAVE BEEN MADE? N/A

DUTY STATUS: TEMPORARY WORK ____ RESTRICTED ____

GENERAL POPULATION ____ YES ____ NO ____

TYPE AND EXTENT OF LIMITATION ____

23. Physician's summary and elaboration of all pertinent data *(Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)* (7)

1. HTN since 1999
2. Hx pinch nerve left leg.
3. Sulfas
4. Hx fx. elbow, clavicle years ago
5. ±20% ~~loss~~ Right leg c̄ atrophy
6. Hx herniated disc c̄ surgery 1999 L5-S1

0086

BP-S659.60 MEDICAL SUMMARY OF FEDERAL PRISONER/ALIEN IN TRANSIT CDFRM
MAY 99
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

TB Clearance Yes ✓ No __
1. PPD Completed: 4/7/03 Date
Results: 0 mm
2. CXR Completed: ______ Date
Results: ______
3. Health Authority
Clearance: [illegible]
[illegible] Sign 9/11/03 Date

Note:
Dates listed above must be within one year of this transfer.

| Name | Prisoner/Alien Reg.# | D.O.B. |
|---|---|---|
| Cooleen Timothy | 10272-055 | 6/20/[illegible] |
| Departed From: McKean | Date Departed: 9-11-03 | |
| Destination: Sch SCP | Reason for Transfer: Non Medical | |
| Dist. Name | Dist.# | Date in Custody __/__/__ |

Current Medical Problems
1. HTN
2. Hld HNP
3.
4.
5.
6.

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) Medication Required For Care En Route | Stop |
|---|---|---|---|---|
| [illegible] | 25mg | mouth | one pill at 7AM | [illegible] |
| [illegible] | 25mg | mouth | one pill at 7AM | [illegible] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

SENSITIVE
Limited Official Use

Additional Comments - Blood and Body Fluid Precautions

| Special Needs Affecting Transportation | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | __ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | __ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | __ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes __ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes __ No | If yes, what equipment? |

# NEW ARRIVAL MEDICAL RECORD SCREENING

INMATE NAME: Coolee n. Timothy REG. NO. 10272-055

Medical Duty Status:

____ Learning Disability
____ Deaf
____ Blind
____ Allergic to Wool
____ No Sports/No Weight Lifting
____ No Excess Cold/Wind
____ Glasses Required for Driving
____ Hear Restr/Hear Loss
____ Hgt Restr
____ No Excess Sun
RM Lower Bunk Required
____ No Driving-Medical Condition
____ No Duty Due to Medical Condition
RM No Food Service
____ Pollution Free Area
____ Not Medically Cleared
____ Orthopedic Shoes
____ Regular Duty-No Restrictions
RU Regular Duty with Restrictions
____ Soft Shoes
____ Special Diet-Medical Condition
____ No Prolonged Standing
X No Lifting Over 15 lb.
____ No Lifting Over 20 lb.
____ No Lifting Over 25 lb.
____ Cleared for Food Service
____ Smoke Free
____ Wheelchair
____ Other:____________

OK 9/22/03

Clinics: (check next due date)

X Ortho/Rheum
____ Neurology
RM Hypertension
____ Cardiac
____ Pulmonary
____ Diabetic
____ General
____ Infectious Disease
____ Mental Health
____ Endo/Lipid
____ Gastro

Disabilities: (note disability and any necessary accommodations)

____________________

PPD STATUS:

Date of Last PPD 4/9/03
Last PPD Result 0 mm

If Positive PPD:
Date of Last CXR:____________
TB Prophy Code:____________
TB Prophy Dates:____________
(May be by hx or n/a)

Psychotropic Medication Consent______

Practitioner's Initials:_____

Today's Date:____________

Chart/MDS's/SMD's Reviewed: RUSSELL C. HENDERSHOT, D.O., M.S. FCI SCHUYLKILL
Clinical Director's Signature

SENSITIVE
Limited Official Use

FCI SCHUYLKILL
P O BOX 700
MINERSVILLE, PA 17954

CURRENT STATUS (PER SENTRY) ARE HIGHLIGHTED
PLEASE REVIEW CHART FOR APPROVAL OR CHANGES

0088

# GOOD SAMARITAN REGIONAL MEDICAL CENTER

700 EAST NORWEGIAN STREET
POTTSVILLE, PA 17901

## RADIOLOGY REPORT

SENSITIVE
Limited Official Use

10272-055

NAME: TIMOTHY COOLEEN  MR#: M209253  RM #:
ADDRESS: FCI SCHUYLKILL  DOB: 06/20/1962
MINERSVILLE PA 17954  DOS: 03/17/04
ATTENDING DOCTOR: CHAW, TOA G M.D.
ORDERING DOCTOR: CHAW, TOA G M.D.
DICTATING DOCTOR: PERLIN, STEVEN M.D.  ACCOUNT #: V00006925424
PATIENT HISTORY: LOW BACK PAIN  PT. LOCATION: MRI

PROCEDURE: LUMBAR MRI WITHOUT/WITH  CPT 72158

MRI LUMBOSACRAL SPINE WITHOUT AND WITH CONTRAST

INDICATION: Back pain radiating to both legs. Previous L5-S1 surgery according to patient.

PROCEDURE: 4 mm T1 and FSE T2 weighted sagittal images. 4 mm stacked axial T1 and FSE T2 weighted images from L2 - 3 through L5 - S1. Patient then received intravenous Omniscan and repeat T1 sagittal and axial images obtained.

FINDINGS: No plain films are available to establish vertebral body count. For the purposes of this examination, there are presumed to be five non-rib bearing lumbar vertebral bodies with the lowest mobile interspace labeled L5 - S1.

No disk herniation or bulging on sagittal imaging only at T12 - L1 and L1 - 2. Normal disk hydration. There is normal disk hydration at L2 - 3 and L3 - 4 without focal disk herniation or significant bulging. No spinal or foraminal stenosis. There is moderate desiccation at L4 - 5 with mild bulging. There is mild enhancement along the posterior disk margin postcontrast but no impingement upon thecal sac or nerve roots. No foraminal narrowing is identified. There is considerable loss of disk height and signal intensity at L5 - S1 consistent with desiccation. There is mild disk bulging without significant mass effect upon the thecal sac. There appears to be mild epidural fibrosis within the left foramen. The right foramen is patent. Note is made of a conjoined right S1 - 2 nerve root. There is some facette hypertrophy at L5-S1. Conus medullaris appears intact. Small Schmorl's node in the inferior end-plate of L5. Bone signal intensities show no abnormalities.

IMPRESSION: Mild enhancement along the posterior disk margin at L4 - 5. No impingement upon neural structures. Mild epidural fibrosis in the left L5-S1 foramen. Conjoined right S1 - 2 root. No evidence of recurrent disk herniation noted.

RUSSELL C. HEXUERSHOT, M.D., M.S.
FCI SCHUYLKILL
04/14/04

Signed by: PERLIN, STEVEN M.D.

Report Status: **Signed**

Transcribed by: SP
03/19/04 1004

cc: CHAW TOA G M.D.
PERLIN M.D., STEVEN

SENSITIVE
Limited Official Use

RUSSELL C. HENDERSHOT, D.O., M.S.
FCI SCHUYLKILL

RH
04/14/04



0090

IBUPROFEN 800 MG TAB #30
(2)Refills 05/04/2002 CDM RxExp 07/02/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

CYCLOBENZAPRINE 10 MG TAB #6
(0)Refills 07/18/2002 CDM RxExp 07/20/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY
132935 G. FAIRBANKS 07
COOLEEN, TIMOTHY M 1027
MCKEAN HOUSING FACILITY - F04-
TAKE ONE TABLET TWICE DAILY
NEEDED WITH FOOD

FCI MCKEAN PHARMACY
600078 H. BEAM,MD
COOLEEN, TIMOTHY M
MCKEAN HOUSING FACILITY - F04-
TAKE TWO TABLETS TWICE DAIL
AND PM PILL LINE (FPC)

APAP/CODEINE 300/30 MG UD
(0)Refills 08/28/2002 CDM RxExp

FCI MCKEAN PHARMACY
131397 H. BEAM,MD 06/13/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE HALF TABLET EACH DAY

FPC McKean

FPC McKean

NAPROXEN SODIUM 550 MG TAB #20
(1)Refills 07/19/2002 CDM

ATENOLOL 50 MG TAB #15
(3)Refills 06/13/2002 CDM RxExp 10/10/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY
134269 H. BEAM,MD 08/15/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE CAPSULE TWICE DAILY
PILL LINES

FCI MCKEAN PHARMACY
131396 H. BEAM,MD 06/13/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE TABLET DAILY

GABAPENTIN 300 MG UD #60
(0)Refills 08/15/2002 CDM RxExp 09/13/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FPC McKean

FCI MCKEAN PHARMACY
134269 H. BEAM,MD 08/15/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE TWO CAPSULES THREE TIMES
DAILY

HYDROCHLOROTHIAZIDE 25 MG TAB #30
(3)Refills 06/13/2002 CDM RxExp 10/10/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY (002159)
600070 D. OLSON,MD 07/18/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE TWO TABLETS TWICE DAILY AM
AND PM PILL LINE FOR 5 DAYS (FPC)

FPC McKean

GABAPENTIN 300 MG UD #60
(0)Refills 08/15/2002 CDM RxExp 08/24/02
CAUTION: Federal/State law prohibits transfer of this drug

FCI MCKEAN PHARMACY
134965 H. BEAM,MD 08/28/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE TABLET EVERY SIX HOURS

APAP/CODEINE 300/30 MG UD #20
(0)Refills 07/18/2002 CDM RxExp 07/22/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FPC McKean

ASPIRIN, E.C. 325 MG TAB #30
(5)Refills 08/28/2002 CDM RxExp 12/25/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

SENSITIVE
Limited Official Use

0091

SENSITIVE
Limited Official Use

FCI MCKEAN PHARMACY
114402 J. GOMEZ-LEO 04/19/01
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE HALF TABLET EACH DAY

METOPROLOL 50 MG TAB #5
(2)Refills 04/19/2001 CLO RxExp 05/18/01

FCI MCKEAN PHARMACY
114403 J. GOMEZ-LEO 04/19/01
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE HALF TABLET EACH DAY

HYDROCHLOROTHIAZIDE 50 MG TAB #5
(2)Refills 04/19/2001 CLO RxExp 05/18/01

FCI MCKEAN PHARMACY
114908 J. GOMEZ-LEO 05/04/01
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE HALF TABLET EACH DAY

METOPROLOL 50 MG TAB #5
(8)Refills 05/04/2001 CLO RxExp 08/01/01

FCI MCKEAN PHARMACY
114909 J. GOMEZ-LEO 05/04/01
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE HALF TABLET EACH DAY

HYDROCHLOROTHIAZIDE 50 MG TAB #5
(8)Refills 05/04/2001 CLO RxExp 08/01/01

FCI MCKEAN PHARMACY
118239 D. OLSON 08/03/0
COOLEEN, TIMOTHY M 10272-05
MCKEAN HOUSING FACILITY - F04-104
TAKE ONE HALF TABLET EACH DAY

ATENOLOL 50 MG TAB
(8)Refills 08/03/2001 DAO RxExp 10/3
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY
118240 D. OLSON 08/03/01
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE HALF TABLET EACH DAY

HYDROCHLOROTHIAZIDE 50 MG TAB #5
(8)Refills 08/03/2001 DAO RxExp 10/31/01

FCI MCKEAN PHARMACY
121830 D. OLSON 11/02/01
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE HALF TABLET EACH DAY

ATENOLOL 50 MG TAB #15
(2)Refills 11/02/2001 DAO RxExp 01/30/02
CAUTION: Federal/State law prohibits transfer of this drug

FCI MCKEAN PHARMACY
121831 D. OLSON 11/02/01
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE HALF TABLET EACH DAY

HYDROCHLOROTHIAZIDE 50 MG TAB #15
(2)Refills 11/02/2001 DAO RxExp 01/30/02

FCI MCKEAN PHARMACY
127532 H. BEAM,MD 03/15/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE HALF TABLET EACH DAY

ATENOLOL 50 MG TAB #15
(2)Refills 03/15/2002 CDM RxExp 06/12/02
CAUTION: Federal/State law prohibits transfer of this drug

FCI MCKEAN PHARMACY
127533 H. BEAM,MD 03/15/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE TABLET DAILY

HYDROCHLOROTHIAZIDE 25 MG TAB #30
(2)Refills 03/15/2002 CDM RxExp 06/12/02
CAUTION: Federal-State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY
127946 J. GLENN,NP 03/26/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE TABLET 3 TIMES A DAY AFTER MEALS

IBUPROFEN 800 MG TAB #15
(0)Refills 03/26/2002 CDM RxExp 04/...
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY
128191 G. FAIRBANKS 04/01/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE TABLET TWICE A DAY WITH FOOD

NAPROXEN SODIUM 550 MG TAB #20
(0)Refills 04/01/2002 CDM RxExp 04/...
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY
129124 H. BEAM,MD 04/19/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE TABLET FOUR TIMES DAILY UNTIL FINISHED

PENICILLIN VK 250 MG TAB #40
(0)Refills 04/19/2002 CDM RxExp 04/28/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FPC McKean

0092

SENSITIVE
Limited Official Use

FCI MCKEAN PHARMACY
600080 H. BEAM,MD 09/05/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE TWO TABLETS TWICE DAILY

002173

ACETAMINOPHEN AND CODEINE 300/30 TAB #56
(0)Refills 09/05/2002 CDM RxExp 09/18/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY (814) 362-8900
PO BOX 5000 - BRADFORD, PA 16701
150598 H. BEAM,MD 06/27/03
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE TABLET DAILY

HYDROCHLOROTHIAZIDE 25 MG TAB #30
(2)Refills 06/27/2003 VG RxExp 09/24/03
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY (814) 362-8900
PO BOX 5000 - BRADFORD, PA 16701
136417 H. BEAM,MD 09/26/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE TABLET DAILY

FPC McKean

HYDROCHLOROTHIAZIDE 25 MG TAB #30
(2)Refills 09/26/2002 VG RxExp 12/24/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

FCI MCKEAN PHARMACY (814) 362-8900
PO BOX 5000 - BRADFORD, PA 16701
150597 H. BEAM,MD 06/27/03
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE TABLET EACH DAY

ATENOLOL 25 MG TAB #30
(2)Refills 06/27/2003 VG RxExp 09/24/03
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

Ord.Date 09/09/03 COOLEEN, TIMOTHY M D. OLSON
10272-055 (0)Refills
Exp.Date 10/08/03 TAKE 1 TABLET DAILY AT 7 AM.
Rx # 154696 ATENOLOL 25 MG TAB #7

Ord.Date 09/09/03 COOLEEN, TIMOTHY M D. OLSON
10272-055 (0)Refills
Exp.Date 10/08/03 TAKE 1 TABLET DAILY AT 7 AM.
Rx # 154697 HYDROCHLOROTHIAZIDE 25 MG TAB #7

FCI MCKEAN PHARMACY (814) 362-8900
PO BOX 5000 - BRADFORD, PA 16701
136418 H. BEAM,MD 09/26/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE ONE TABLET EACH DAY

FPC McKean

ATENOLOL 25 MG TAB #30
(2)Refills 09/26/2002 VG RxExp 12/24/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

Ord.Date 01/09/03 COOLEEN, TIMOTHY M H. BEAM,MD
10272-055 (2)Refills
Exp.Date 04/08/03 TAKE ONE TABLET EACH DAY
Rx # 141449 ATENOLOL 25 MG TAB #30

Ord.Date 01/09/03 COOLEEN, TIMOTHY M H. BEAM,MD
10272-055 (2)Refills
Exp.Date 04/08/03 TAKE ONE TABLET DAILY
Rx # 141448 HYDROCHLOROTHIAZIDE 25 MG TAB #30

FCI MCKEAN PHARMACY (814) 362-8900
PO BOX 5000 - BRADFORD, PA 16701
136419 H. BEAM,MD 09/26/02
COOLEEN, TIMOTHY M 10272-055
MCKEAN HOUSING FACILITY - F04-104U
TAKE TWO TABLETS EVERY SIX HOURS

FPC McKean

ASPIRIN, E.C. 325 MG 0090 #30
(5)Refills 09/26/2002 VG RxExp 12/24/02
CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.

Ord.Date 01/09/03 COOLEEN, TIMOTHY M H. BEAM,MD
10272-055 (5)Refills
Exp.Date 04/08/03 TAKE TWO TABLETS EVERY SIX HOURS AS NEEDED
Rx # 141447 ASPIRIN, E.C. 325 MG TAB #30

0093

Facility: FPC McKean

# Medication Administration Record

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord.Date 09/05/02; Exp.Date 09/18/02; Rx # 600080 — COOLEEN, TIMOTHY M; 10272-055; H. BEAM, (0)Refills; TAKE TWO TABLETS TWICE DAILY; 2173; ACETAMINOPHEN AND CODEINE 300/30 TAB #56 | AM | | | | | | | BS | BS | BS | BS | | | | BS | BS | BS | BS | NN | DC | | |
| | PM | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # — SENSITIVE Limited Official Use | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # | | | | | | | | | | | | | | | | | | | | | | |

Documentation Codes: H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered

DOB: HT: WT: Allergies:

Unit:

PPI Line#: Pt. Name: Cooleen, Tim Registration #: 10272-055



| Temperature |
| --- |
| Pulse Rate |
| Respiration |
| Blood Pressure |
| Blood Sugar |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse |
| --- | --- | --- | --- | --- | --- | --- | --- |

SENSITIVE
Limited Official Use

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature |
| --- | --- | --- | --- | --- | --- | --- | --- |
| [signature] | [signature] | RN | BS | [signature] | NP | | |

BOP 31-DAY MAR TRAK

0095

Facility:

# Medication Administration Record

August 2002

Month/Year:

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Order Date: 08/15/02 — COOLEEN, TIMOTHY M — 10272-055 — H. BEAM, (0)Refills — Exp Date: 08/13/02 — TAKE ONE CAPSULE TWICE DAILY PILL LINES — Rx # 134269 GABAPENTIN 300 MG UD #60 | Am | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Pm | | | | | | | | | | | | | | | X | | | | | | | | | | |
| Order Date / Exp. Date / RX # — SENSITIVE Limited Official Use | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Order Date / Exp. Date / RX # | | | | | | | | | | | | | | | | | | | | | | | | | | |

Dr. Beam Said this is not a pill line med for him. Thanks

Documentation Codes: H - Hold R - Refused DC - Discontinued Order S - Self Administered NS - No Show

DOB: HT: WT: Allergies: Diagnosis:

Unit:

Pill Line#: Pt. Name: Cooleen, Timothy Registration #: 10272-055 Physician:



| Temperature |
|---|
| Pulse Rate |
| Respiration |
| Blood Pressure |
| Blood Sugar |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

SENSITIVE
Limited Official Use

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature |
|---|---|---|---|---|---|---|---|
| SL | S. Lime | RN | | | | | |

Facility:

# Medication Administration Record

| Prescriptions | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord.Date 07/18/02 COOLEEN, TIMOTHY M 10272-055 D. OLSON, (0)Refills | AM | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | NS | NS |
| Exp.Date 07/22/02 TAKE TWO TABLETS TWICE DAILY AM AND PM PILL LINE FOR 5 DAYS (FPC) | DOD | | | | | | | | | | | | | | | | | | | | | |
| Rx # 600070 APAP/CODEINE 300/30 MG UD #20 | PM | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | NS | NS | |
| | HS | | | | | | | | | | | | | | | | | | | | | |
| Order Date Ord.Date 07/18/02 COOLEEN, TIMOTHY M 10272-055 D. OLSON, (0)Refills | AM | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | NS | |
| Exp.Date 07/20/02 TAKE ONE TABLET TWICE DAILY AM AND PM PILL LINE FOR 3 DAYS (FPC) | | | | | | | | | | | | | | | | | | | | | | |
| Rx # [illegible]087 CYCLOBENZAPRINE 10 MG TAB #6 | PM | | | | | | | | | | | | | | | | X | [illegible] | [illegible] | IS | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date — SENSITIVE | | | | | | | | | | | | | | | | | | | | | | |
| RX # — Limited Official Use | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | |
| Order Date | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | | | | | | | | |
| RX # | | | | | | | | | | | | | | | | | | | | | | |

Documentation Codes: H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - [illegible]

DOB. HT: WT: Allergies: Diagnosis:

Unit:

Pill Line#: Pt. Name: Cooleen, Timothy Registration #: 10272-055 Physician: