





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail®.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F JULY 2007 © U.S. POSTAL SERVICE

EP14F

**PRIORITY MAIL®**
UNITED STATES POSTAL SERVICE

Flat Rate
Mailing Envelope
For Domestic and International Use

Visit us at usps.com

INTERNATIONAL RESTRICTIONS:
LIMITATIONS ON CONTENT:
When using Priority Mail, restrictions apply for cash
or cash equivalents and hazardous materials may be
prohibited.

WHEN USED INTERNATIONALLY 4 POUND
WEIGHT LIMIT APPLIES.
Additional country-specific prohibitions/restrictions
may apply. See International Mail Manual (IMM)
country pages for details.

CUSTOMS:
For international use affix customs declaration PS Form
2976.

HOW TO USE:

United States Postal Service®
**DELIVERY CONFIRMATION™**

0307 1790 0002 8948 1777

visit us at usps.com/pickup.

We Deliver!

From/Expéditeur:
COLEEN
8371 CHAUT. RD.
FREDONIA N.Y.
14063

To/Destinataire:
CLERK OF THE COURT
WESTERN DISTRICT OF P.A.
P.O. Box 1820
ERIE, PA. 16507

Country of Destination/Pays de destination:

RECEIVED
JUL - 2 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Cradle to Cradle Certification is awarded to products that pursue
an innovative vision of ecologically-intelligent design that eliminates
the concept of waste. This USPS® packaging has been certified
for its material content, recyclability, and manufacturing characteristics.

Please recycle.

Any amount of mailable material may be enclosed, as long as the envelope is not modified, and the contents
are entirely confined within the envelope with the adhesive provided as the means of closure.